Exhibit B

*(50) Chemical Agent Deployed*

TO:        Inmate Grievance Program, (G.H.C.F.)

FROM:      ███████ ███████ ███████ (██████

DATE:      August 13, 2015

     On August 3, 2015, while on line for breakfast in the west-side cafeteria two inmates started a fist fight. C.O. Cocuzza responded to the incident. But instead of trying to defuse the situation, he immediately began beating on the inmates with his baton in a Rodney King fashion--even hitting officers.

     Among the two-hundred plus inmates in the cafeteria, C.O. Cocuzza's excessive force elicited verbal outrage. C.O. M. Nagy, who manned the tear gas tower, released a row of tear gas furthest away from the tower. Officers were backing inmates away when another row of gas was released. A stampede ensued with officers and inmates heading for the exit. C.O. Cocuzza turned suddenly on one of the exiting inmates swinging his baton crazily. Sergeant Cocuzza, his father, also supervised the events. Eventually, those of us still held inside were released into the "D & C" yard.

     ████████████████████████████████, we were ordered to strip down to underpants then lined up side-by-side with our hands against the walls. Approximately an hour elapsed before we got escorted in small groups to quickly rinse off our faces in hot outdoor showers. A three day lock-down followed without showers or medical attention.

     This chaotic exercise could have caused the lives of inmates and civilians. It represents the culture of incompetence here that I've written grievances about constantly for almost ten years--to no avail: Inadequately trained, supervised, and disciplined prison guards, whose reckless disregard for established policies and procedures diminish, rather than promote the goals and objectives of DOCCS.

     The State Department of Corrections can't possibly claim any legitimate penological interest in Green Haven's repeated safety and security breaches. And, against its officers' corrupt and abusive conduct, I have not meaningful remedy.


Action Requested:

1.   Full exhaustion of this complaint as required by the Prison Litigation Reform Act; and

2.   That grievant be awarded damages for continuous violations without redress of his State and U.S. Constitutional rights.



cc: Governor Cuomo, DOCCS Commissioner, Facility Superintendent, Attorney General, Inspector General/OSI, COC, DOJ, file.

BURNS CONSOL GRVCS 0021

(50) Chemical Agent Deployed

Grievance Complaint

Grievance No.

Green Haven Correctional Facility

AUG 2 0 2015

Date: August 20, 2

Name: [redacted]　Housing Unit: [redacted]

Program: Unemployed AM/[redacted]

Description of Problem: On Monday, August 3, 2015, during the breakfast Meal in the West Messhall a group of guards broke up a two man fight. After both parties were seperated chemical agents were dropped in the area closest to the serving windows. Sometime after the two men were escorted out of the Messhall another round of the chemical agent was dropped in the middle of the Messhall. That was the area inwhich I was sitting. Subsequent to that some guards began to run out of the Messhall screaming. After watching them run out, men sitting at different tables began to get up and walk out. While leaving the Messhall I



Grievant Signature: ▮▮▮▮▮

Advisor Requested: No

Action Requested: To be compensated for injuries suffered, mental and anguish and staff not following protocal.

FORM 21311E (9/12)    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
# INMATE GRIEVANCE COMPLAINT

(50) Chemical Agent
DEPLOYED

Green HAVEN _____ CORRECTIONAL FACILITY

Date: 8/6/2015

Name: ▓▓▓▓▓▓▓▓    Dept. No. ▓▓▓▓    Housing Unit: ▓▓▓▓▓

Program: NONE    AM  None  PM

**(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)***

Description of Problem: (Please make as brief as possible) Description of loss is As Follows
on 8/3/2015 At early mooning chow There wAs A
twoman Fight which wAs under control when the office
in The control buhble suddenly released the GAS From The
ceiling twice on every inmate officer which created A MAs
PAnick + comotion & due to everyone being contAMiNAted The offic
MAde All inmates exPosed strip down to Their boxers sneakers mAd

Grievant Signature: ▓▓▓▓▓▓▓

Grievance Clerk: ▓▓▓▓▓▓▓    Date: _____

Advisor Requested  ☑YES  ☐NO  Who: _____

Action requested by inmate: investigate The situation

The Grievance has been formally resolved as follows:

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant Signature: _____    Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

NEW YORK STATE DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION
## GRIEVANCE COMPLAINT

Grievance No.
**80418-15**
*CONS.*

## GREEN HAVEN CORRECTIONAL FACILITY

Date _____

Name ▓▓▓▓▓▓    Din. No. ▓▓▓▓   Housing Unit ▓▓▓▓▓

Program ▓▓▓▓    AM     PM

*(Please Print or Type - This form must be filled within 21 calendar days of Grievance Incident)*

Description of Problem: (Please make as brief as possible) On August 3, 2015, in the West side messhall after an alledged two inmate fight was brought under control and the individuals was lead out of the messhall, there was a series of gas pellets dropped on the messhall inhabitants. This caused pandemonium ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Grievant ▓▓▓▓▓▓▓▓▓▓

Grievance Clerk: _____ Date: _____

Advisor Requested: ☑ Yes ☐ No   Who: _____

Action requested by inmate: That whoever is in the messhall both and controls the gas pellets does not again incorrectly release them without the proper criteria being established.

This Grievance has been formally resolved as follows:

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
signature _____ Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

WHITE COPY - IGRC     YELLOW COPY - GRIEVANT

BURNS CONSOL GRVCS 0041

(So) Chemical Agent
*DEPLOYED*

NEW York State DePartment
of Corrections And Community Supervision
Inmate Grievance Program

Grievance No.

Green Haven Correctional Facility.          Date: 8-21-15
Name: ███████████    ███████████    Location: ███████

Program Am ███████████ - Pm Unemployed.

Description of incident: I would like to file a grievance
on Green Haven staff for failure to properly and adequately train
all officers placed at the messhall tower post on when/why to
release chemical agent in messhall, failure to give me immediate
medical attention when needed due to officer rushing to judgement
and releasing a unknown chemical agent without authorization and
for failure to allow me to properly clean myself from the
unknown chemical agent by not providing the correct counteracting
chemical to properly wash away unknown chemical agent. Also for
losing personal property such as my belt, kufi and phone book due
to staff misjudgement. On August 3, 2015 while I was attending
the morning meal in the west side messhall a fight broke out
between 2 inmates. Officers responded to the fight and had
the situation under control and while responding officers took
control of the situation between the 2 inmates the officer posted
in side the gas booth in the west side messhall dropped the
gas (for no reason needed) and started a violent commotion for
staff as well as offenders because everyone was trying to free

they self from the unknown chemical agent. Everyone (staff & offenders) started to head for the door. the officer posted in gas booth then released 2 more cans of the chemical agent and created a more dangerous environment with chaos and people trying to get out of danger. While everyone (staff & offenders) head for the door

██████████████████████████████████████
███████████████████████████████████
████████████████████████████ Upon me trying to get out the door I got knocked to the floor and trampsed over with people stepping on me and I also hurt my back in the process of the mayhem. Offenders where ordered to go to the C&D yard and to put our hands on the wall & place our ID cards in our hand. At that time I was telling a officer that I had asthma and need medical attention while the officer clearly seen me vomiting & struggling to breathe yet I was ordered to just get on the wall with my hands up regardless to my condition. Offenders where then order to strip down to our boxers and told to walk barefooted to the yard in which we were ordered to put our face and head under the hot water for approximately 10 to 15 seconds and then sent back to the block through the yard in my boxers & shoes. All property was taken and none returned and I lost my belt, kufi & phone book which was left in the yard on ground due to a direct order by staff. ██████████████████████████████

██████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████ All of this I ██████████████████

Judgement by staff that was not properly trained in that field which was showed through staff actions and I should not have been treated with such cruel and unusual punishment. I denied medical attention when I really needed it.

Respectfully Submitted
██████████████ ███

ADVISOR REQUESTED: ☑ YES   NO ☐
IF YES WHO: Anyone

Action Requested: I am requesting that Green Haven Correctional Facility staff be trained properly in any post they are assigned to to prevent further dangerous situation and staff take everyones (STAFF's / OFFenders) safety in consideration. ██ ████████ ███ ████ █
█████████ ███████ ██ █ ██
██ ██ ██████. I am requesting that I be compensated for the lost of my property as well as the medical complications I have suffered due to the carelessness of staff at Green Haven C.F.

(50) Chemical Agent
Deployed

Grievance No. _____

**GREEN HAVEN CORRECTIONAL FACILITY**

Date: AUG 20 2015

Name: ███████████  Din. No. █████  Housing Unit ███████

Program: ████████

*(Please Print or Type: This form must be filled within 21 calendar days of Grievance incident)*

Description of Problem: (Please make as brief as possible) ON AuG 3, 2015 I went to breakfast in the west side Mess Hall and had experience the most insane situation of my incarceration. A Minor small fist fight had transpired between two inmates and without following any procedures the Officer inside the GAS Booth had drop all tear gas in the Mess Hall. As a result of the GAS being ███████████

Grievant ███████████

Grievance Clerk _____ Date: _____

Action Requested: ☐ Yes  ☐ No  Why _____

███████████████████████████████

This Grievance has been formally resolved as follows:

_____

_____

This Informal Resolution is accepted:
(to be completed only if resolved prior to hearing)

Grievant
signature _____ Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
An exception to the time limit may be requested under Directive #4040, section 701.0(g).

WHITE COPY - IGRC        YELLOW COPY - GRIEVANT

FORM 2131E (REV. 6/06)

STATE OF NEW YORK · DEPARTMENT OF CORRECTIONAL SERVICES
## INMATE GRIEVANCE COMPLAINT

(50) Chemical
AGENT
Deployed

Grievance No.
80 468 - 15

Green Haven _____ CORRECTIONAL FACILITY

Date AUG 5, 2015

Name ▮▮▮▮▮▮▮▮▮▮▮▮▮  Dept.No. ▮▮▮▮▮▮  Housing Unit ▮▮▮▮

Program ▮▮▮▮ (AM) ▮▮▮▮▮▮▮▮ PM

*(Please Print or Type - This form must be filed within 21 calendar days of Grievance Incident)*

Description of Problem: (Please make as brief as possible) On Aug 3, 2015 I went to breakfast in the West side MESS Hall, and endured the most difficult chaotic situation. A fight had took place inside of the Mess Hall between two inmates, then Without any warning the officer inside of the Gas Booth had dropped all of tear gas in the mess Hall, So then they ran us out of the mess Hall into C-th Yard, once there, we were told to stripped down to our underwear and leave our personal belonging and get into the shower to decontaminate. Unfortunately I was told to leave my PRESCRIPTION EYE Glasses, my personal shirt, A Belt and A pair of shorts.

Grievant Signature _____

Grievance Clerk _____  Date: _____

Advisor Requested  ☐ YES  ☑ NO  Who: _____

Action requested by inmate: To be Compensated financially for my Personal belongings.

This Grievance has been informally resolved as follows:                    AUG 12 2015

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant Signature _____  Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

(50)

To: Grievance
From: ▉▉▉ ▉▉ ▉ ▉▉▉▉▉ Loc: ▉▉▉▉▉
Date: 8/7/15

On August 3rd during breakfast in the west-side Mess hall, An one on one fight occured in the mess hall area in which, meanwhile officer that was in the tower dropped the Gas on all the inmates in the mess hall without authorization from his Superiors. Inmates paniced and headed for the Stumbling over each other. There I was ordered to Stand out Side in the Sun and was given an hot Shower. The Sun and hot Shower ▉▉ ▉ ▉ ▉ ▉▉▉▉ ▉ ▉▉ ▉ ▉



Inmate Grievance


(50) Chemical Agent
Deployed in
messhall

Name: ████████████
Din #: ████████
Loc: ██████████
Program: █████████████ ████
Date: 8/4/2015
Subject: Staff Physical Abuse / Denied proper medica

On 8/3/2015, while I was in the Dining
Hall, a two man fight occured, in an attemp to
stop the fight a group of officer wh went to the
scene and start using their night sticks to beat
these inmates, as this was going on a gaseous
compound was simultaneously released in the
air, because of the irritantion cause by the gas
inmates panic and head towards the exit, at
the prompt of this staff allowed all inmate to
go to the rec yard, while we were in the yard
all inmate was order by staff to place their
hands on the wall in an almost 180° angle.
        Thus while I was in this position for more
than an hour I began to put my elbow and head
on the wall, that is when Officer Mozeller ordered
me to put my hands on the wall high and flat.



I was yet again ordered by the officers to place my hands high and flat on the wall, but when I was unable to follow this command, the officers became loud, that is when two more officer and a Sergeant came over to where we were standing.

The Sergeant tell them to isolate me and make an example out of me, because he think that he is special, that is when the officers ordered the other inmates that lock in the same Block as me to go to the other side of the yard and then they bring me into the Hall way of B & C where officers Mozelles,



Action Requested

    I am requesting for an investigation
in this matter and proper action be taken

cc: Original Grievant office

                Signed:

Green HAVEN C. F.
Formal Grievance

(50) Chemical Agents
Deployed

8/4/15    AUG 12 2015

To: IGRC

#80418-15

This is a formal grievance filed pursuant DIR. 4040.
On 8/3/15 in the AM while attending the West-side Mess
hall having breakfast, a DOCS employee, without authorization and
without justification, released several canisters of teargas type
chemical agents in the messhall. This caused hundreds of prisoners to
stampede out of the messhall in search for a place to breathe.

Actions requested: ① The person assigned to the teargas booth
should not be allowed to man that post again. ② preserve all the video tapes
on the messhall for that day for civil litigation purposes. It's evidence proving
the contents of this complaint on a courtroom level, ③ Assure that it
be seen by medical and not denied medical, and that it be seen by mental
health regarding this traumatic event.

Respectfully submitted

NEW YORK STATE DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION
GRIEVANCE COMPLAINT

(50) *Chemical Agent Deployed in Messhall*

| | Grievance No. |
| --- | --- |

GREEN HAVEN CORRECTIONAL FACILITY

Date August 13, 2015

Name ██████████

Din. No. ████████ Housing Unit ██████████

Program ████████ AM_____ PM_____

*(Please Print or Type • This form must be filled within 21 calendar days of Grievance Incident)*

Description of Problem: (Please make as brief as possible) On 8/3/15 while eating breakfast in the West Messhall officers responded to an alledged fight that was contained and controlled by all responding officers. Afterwards, gas was repeatedly released on everyone who occupied the messhall. ████████████████████

Grievant Signature ██████████

Grievance Clerk _____ Date: _____

Advisor Requested ☐ Yes ☐ No Who: _____

Action requested by inmate: Proper training to be established by staff when human lives are at stake.

This Grievance has been formally resolved as follows:

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
signature _____ Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

WHITE COPY - IGRC        YELLOW COPY - GRIEVANT

BURNS CONSOL GRVCS 0071

60 Chemical Agent
Deployed

Grievance Complaint                    GRIEVANCE
                                        NO:

GreenHaven Correctional facility

Date: 8-19-15

Name: ████████         Din: ██ ██  Housing ████████
                Program: none   AM n/a prok

Description of problem: On Monday 8-3-15
inside the westside messhall during breakfast
a two man fist fight occured + after the c.o
had them seperated a chemical gas was re-
leased in the rear area of the eating area within
those 3 to 5 minutes of the gas circulating.

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████

I was told by him to turn back around in my
seat i sat there.

████████████████████████████████████

there was an explosion from the
gas being released for the second time.
This time it was released from the middle
+ front entrance of the messhall.
At this time the entire messhall got up

from every angle of the messhall & pushed towards the only exit door.

In this unorderly evacuation & my state of condition I was pushed to the ground, trampled & dragged by an unknown person to safety.

GRIEVANT SIGNATURE:
GRIEVANCE CLERK:
relieve requested ... no action requested by inmate: for staff to follow protocol... to be compensated for my injuries, suffering (mentally & physically) & negligence for not taking my medical condition seriously.

Date:

(50) Chemical Agent
Deployed

Grievance

████████████ cell

August 20, 2015

Brief Statement

On August 3, 2015, During a inmate on inmate (two man) fight. that was under control by officers and the alledge perpetrators was removed from the messhall, a chemical agent was dropped on inmates.

1. Hit with chemical agent

2. Trampled

3. Less than 30 seconds to rinse off the chemical agent

████████████████████████████████████████

Statement of Incident

On August 3, 2015, I ██████████ was in the messhall of Green Haven Correctional Facility, at approximately 8:15 AM.

An altercation broke out between two ~~inmates~~ inmates.

Although the fight was under control by officers, and the two individual removed from the messhall, a chemical agent was dropped on the remaining inmates in the messhall.



When I finally was able to get out of the messhall, I was directed to stand against the wall (which is located in the C and D yard) after a substantial period of time had passed it was decide by the authorities to put the inmates in the yard shower to wash out the chemicals from eyes and face area only, which I was given roughly 30 seconds to flush my eyes with water

In closing, the officer made a mistake in dropping that chemical agent on about 300 plus people. This can be backed up by Camera footage of the incident, from the messhall cameras.

What action should
be taken

That the proper guidelines are followed by
trained personnel before dropping the chemical agent.



cc: file

(50) Chemical Agent    GA 80418-15
Deployed in messhall    Consolidation

TO: I.G.R.C
FROM: ████████████ ████
DATE: August 4, 2015
Re: Improper procedure, Excessive Force, Inadequate Medical Care, Loss of property

     On August 3, 2015, at appx. 8:30a.m in the West messhall there was a two man fight that required a response by the C.O's to control and restrain the situation. However, as the C.O's were controlling the fight, the C.O in control of the Chemical restraints unleashed a wave of Chemicals unnecessarily. Once the fight was contained, these Chemicals continued to linger and spread ████████████████████████████████████

████████████████████████████████████ The Sergeant then attempted to release the men from the contaminated area as he seen fit as many men and women had to endure the harmful effects of the ████████████████████████████████████

████████████████████████████████████

him. At this time the officer controlling the chemicals unleashed a second wave of this harmful chemical but this time with more volume and intensity. Through a mixture of desperation and preservation, everyone rushed for the only exit there is. I made it out of the messhall doors, I was knocked to the floor and trampled over by many people, inmates and ████████████████████████████████████

████████████████████████████████████

I was on my knees being commanded to "stand the fuck up before I take your back inside and roll you around in that shit" by an officer. I complied to the best of my ability while in the chemically induced state. The officers had us standing with our hands on the wall for 3 hours before we were told to strip of all of our possessions except for smokies and underpants and to have everything because it is now

contamination. As a result, I had to give up my watch, belt, undershirt, brush and Ralph Lauren polo styled shirt. ████████████████████ I was then escorted back to my cell block in boxers and sneakers. I requested emergency sick call upon returning to my cell location because ████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

I want this grievance to be appealed all the way through to C.O.R.C. ██████████████ I also want all of the property that I loss to be taken off of my property list. I want a pair of state green pants I want to be reimbursed for my loss of property and I am also asking that the C.O's posted in positions of this magnitude be sanitated and trained to be professionally ~~the same~~ ~~the regulated let also~~ do their duties without malicious intent. And a sit and let be posted in these areas to make the final decision of whether these extreme measures be used or not. I also want to preserve a copy of both west messhall cameras for the record and review in my property.

Sincerely,

████████████████

C.C: File

NEW YORK STATE DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION
GRIEVANCE COMPLAINT

(50) Chemical Agents
Deployed

Grievance No.

80418-15

GREEN HAVEN CORRECTIONAL FACILITY

Date 8/3/15

Name _____ Din. No. _____ Housing Unit _____

Incident date 8/3/15 – west mess hall

Program Unemployed AM ___ PM ___

(Please Print or Type - This form must be filled within 21 calendar days of Grievance Incident)*

Description of Problem: (Please make as brief as possible) Officer inside west mess hall central
booth ejected the pepper spray/smoke mechanism prematurely during
an inmate fight inside mess hall. Thereafter a stampede ensued and the door
exit/entrance to the yard area was not adequate in size enough to
accommodate the rushing crowd of inmates and officers.

Grievance Clerk _____ Date _____

Advisor Requested ☐ Yes ☐ No Who _____

Action requested by inmate:                    AUG 12 2015

_____
_____
_____

This Grievance has been formally resolved as follows:

_____
_____
_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

                                              AUG 12 2015

Grievant
signature _____ Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

(50) Chemical Agent
Deployed in
Messhall

From: ████████████████████
Green Haven Correctional Facility          AUG 1 2 2015
P.O.Box 4000, ██████ cell
Stormville, N.Y.12582-4000                 # 80418-15

COMPLAINT: EXCESSIVE FORCE BY D.O.C.C.S. EMPLOYEES ON 8/3/2015

1. Excessive force was used on me inside of Green Haven
Correctional Facility west side messhall when while eating my
morning meal a fight broke out between two inmates inside of the
messhall that I had no involvement in. The fight was broken up
and under control by the Corrections Officers (C.O.s) that
responded to it but, as the C.O.s were placing handcuffs on one
of the combatants and putting the other one on the floor inorder
to handcuff him the feed up window gates came down and, the tear
gas was released in the back of the messhall in front of the feed
up windows. At that point the two inmates that were fighting were
taken out of the messhall by the C.O.s after being handcuffed.

2. Then as the surgent was clearing the messhall on the other
side the entire messhall was sprayed with more of the other tear
gas that came from all of the valves.

3. The result of the tear gas being released caused panic
inside the messhall and, everybody made a dash for the messhall
door/entrance including myself.

4. During which I stumbled from being pushed from behind and
was caught in a mass of bodies, some still running and on their
feet, others fell and was trampled by other inmates trying to get
out and away from the messhall.

██████████████████████████████████████████████

6. We were corralled to the C & D block yard and told to line
up facing the wall of the corridor and place our hands high above

our heads on that wall and don't fuckin move or look back! ▮▮ ▮▮
▮▮▮▮▮ ▮ ▮▮▮▮ ▮▮▮ ▮▮▮▮ ▮▮▮ ▮▮ ▮▮.

7. After almost an hour, the first housing blocks that were
called to move back off the wall was C & D -Honor blocks. They
were then told to line up and walk to the other wall, discard all
of their clothing except for their foot wear. They were then told
to walk over to the yard shower area. They then were told six at
a time to go into the shower and wash off their faces and bodies.
They then were told to get out of the showers, gather up their
belongings and line up. They were then told to walk accross the
yard to the benches and, was then escorted back to their blocks.
This process was repeated with J-block and I.C.P. block but, when
A-block was called to do the same, myself and the other inmates
of A-block were told that we cannot take back anything and were
told to leave all jury, watches, gold chains, belts and, wallets
on the ground with our discarded clothing, and proceed to the
showers with only our footwear and eyeglasses but to leave the
eyeglass cases and other property on the ground. No contraband
slips were ever given to me or any of the A-block inmates for our
property we were forced to leave on the ground. We completed the
process and were taken back to our cells and locked in without
any regard for our medical conditions. ▮▮▮▮ ▮▮ ▮ ▮▮▮▮
▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮ ▮ ▮

9. This pain and suffering was uncalled for because there was no riot, no weapons pulled in the messhall, and no maylay or groups fighting. There was only yelling from some of the inmates telling one C.O. to stop hitting the inmate with the night stick while they already had control of him.

10. The facility officials had a duty to keep me safe and to protect me from unreasonable risks but, they breached their duty to follow proper protocol once the gas was released on me and other inmates eating inside of the messhall that day. Furthermore, prison officials controlling the situation foreseen the risk of harm once the first stage of gas was released in the back section of the messhall and the surgant ordered the C.O.s to get the inmates out of the messhall.

RELIEF SOUGHT

1. I seek either a replacement or the money suitable for the replacement of my watch, belt, and kufi that I was forced to leave on the ground after having to take off all clothing.

2. I seek a copy of the explaination written into the report on why the gas was released after the two man fight was under control.

3. I seek a contraband slip for the property, i.e., watch, belt and, kufi.

4. I seek that a full investigation of the matter be done and, a copy of the investigative reports of the occurrence.

6. That video footage from 8/3/2015 occurrence within morning messhall camera be made available to the proper authorities if needed.

7. I seek an appointment ▓▓ ▓▓ ▓▓ ▓▓▓▓▓▓▓ ▓▓▓▓▓ ▓ ▓▓▓▓ ▓▓▓ ▓ ▓▓▓▓▓▓▓ of going into the

messhall or, any other area of the facility capable of releasing gas on me or any other inmate.

Copies sent to:

1. I.G.R.C. of Green Haven Correctional Facility.
2. C.O.R.C. of the D.O.C.C.S.
3. Inspector General's Office
4. The Legal Aid Society

Respectfully submitted,



Cc filed

To: Inmate Grievance Committee

from: ██████████ ██████ ( ██████ )

Dated: 8/3/15

# 80 418-15

In re: Exposed to chemical Agent at messhall & clothes, backbrace, wallet & permits confiscated and destroyed.

AUG 12 2015

On the above cited day, at approx' 7:30-8:00 Am there was an incident involving two inmates, minutes after the inmates were removed from the messhall, chemical Agents were released near the Serving area. the officers began to evacuate those inmates, then about one minute later chemical agents were released at the center area of the messhall and near the exit area thus causing officers and inmates to panic and run towards the exit, ██████ ██████ ████ ██████ ██ ██████ ██████ ██████ ██████ ██████ over and pushed onto a wall. The officers opened the yard door, we were stripped of our clothes and our wallets etc. rinsed out in the shower, and excorted back to the block in our underwear, my clothes, wallet, program card, ██████ ████ ██████ ██████ ██████ ██ ██████ ██████ were all thrown away due to chemical contamination, at the end of it all, ██████ ██████ ██████ ██████ ██████ ██████ ██████ ██████ ██████ ██████ ██████ , clothes, wallet & permit with med limitation forum be replaced, restored. ██ ██████ ████



# INMATE GRIEVANCE COMPLAINT

██████ ████ , ████
Green Haven Correctional Facility
PO Box 4000
Stormville, NY 12582

August 21, 2015

On August 3, 2015, at approximately 8:00 am, prior to entering the West-side mess hall, I had to leave my file folder that contained legal documents and work that I was taking to my assigned program (█████████) on the bench outside the mess hall. I was in the West-side mess hall eating breakfast when an altercation took place. As the altercation was being handled and put under control, the officer in the gas booth released a white powdery substance from the ceiling that caused ████████ ████████ ████████ ███ ██████████ In the mix of the mess hall being cleared, and while there was a substantial amount of prisoners and guards still in the mess hall, the officer in the gas booth released some more of the white powdery substance into the mess hall causing panic and a stampede by both the ██████████████████ ████ ████ ███ ████ ███ ██████ ████████ ████ ████ ███ ████ ███ ████ ██████ ████████ ████ ██ ███ ████ ████ ████ ████

While outside in the C&D yard, I was told to take off all of my clothing except for my underwear and to wash my face in the shower. I was then instructed to go back to my cell and lock in. Sometime after being locked in my cell, an officer came down the company asking ████████ ████ ███ ████ █ ███████████ ████ ███ ████ ████ ███ ██ ████ ███ ████ ████ █ ████ ████ ████

████████ The clothing that was taken from me has not been replaced by the State Shop. My folder that contained legal documents was lost and never retrieved.

**Action Requested:** I want to be informed of the name and chemicals the white powdery substance contained and all side effects attributed to this substance. I request a full reimbursement for the documents that were lost during this ordeal. I request to see my provider as soon as possible, and also that I be placed on a State shop call out.



Grievance Greenhaven C.F.
(50) Chemical Agents Deployed

██████████████████  ████████████

8/5/15

Problem: On 8/3/15 after the gas was dropped on me from
the West messhall, I was in the C&D yard
and told to strip down to my underwear and
leave my clothes, belt, and watch in the yard
and get in the shower for 10 seconds. I was
ordered to leave my clothes and property in the yard
and to return to my cell dressed in my underpants only.
I received my I.D. card yesterday (8-4-15) after that
was taken from me in the yard or before being stripped
down. I have not received my watch or my belt, and
the state issue pants, shirt, t-shirt and my personal
black socks. I need my clothes back and my belt and
watch, I have not been told anything about my
property.

██████████████████████████

Action Requested:
 - To have my personal items returned to me; my watch,
my belt and black socks. Also to have my state issue
pants, shirt and t-shirt returned to me.

AUG 12 2015

cc. ████ file
Superintendent Coffin, T.
Grievance Director
C.O.R.C.

# 80418-15

BURNS CONSOL GRVCS  0131

① Grievance Green Haven C.F.

AUG 12 2015

unemployed                                    8/5/15

Description; On 8/3/15, at approximately 8:00 AM during the
   breakfast meal in the West messhall, there was an altercation
   between two (2) inmates in which the C.O.'s responded by
   attempting to break them apart. One C.O. came over
   battering one of the inmates with his baton and the other
   C.O.'s had to get out of his way. Once the inmates were
   separated and one taken out of the messhall the gas
   was dropped on everyone in the messhall. I sat at my
   table covering my face with my shirt as the fans was
   blowing the gas throughout the messhall. The C.O.'s began
   to evacuate one side of the messhall, (the side opposite me).
   As the evacuation was taking place another C.O. ran over
   to the spoon receptacle and placed it in the exit which
   made it difficult for those exiting. While this was
   taking place numerous inmates on the side of the messhall

   that was initially dropped and requested attention
   which staff was confused on how to deal with. While
   some was being escorted out others were made to
   remain and suffer, myself included. At this time both
   inmates in the altercation were removed from the messhall.
   Several C.O.'s began to scream loudly "shut up" when
   we were having trouble with the gas while sitting at
                                              continued...

BURNS CONSOL GRVCS  0132

② Grievance ConentHaven

8/5/15

Description
Continued; ████████████████████████ a C.O.
ran over to him and the gas was dropped again
and at this time the gas overwhelmed the entire
messhall. It was like an explosion. The C.O.'s and the
Sgt. began to scream. "Everybody out" I got up
and made my way through the gas to the exit and
was jammed up at the door. As I was being pushed
through the exit, I fell over the inmates who were laying
on the ground and ████████████████████
I struggled to my knees and was helped outside by
a C.O. who I could not identify because ██████████
████████████ nce the C.O. got me to the yard I
███████████████ At that time I
can remember hearing a few different voices yelling for
me to get up against the wall. ████████████████
████████████ I heard Sgt. Kautman approach me and
tell me to stay down until I can get myself together.
████████████████████████████████████
██████████████████████████████████
I was told to stand against the wall and await
decontamination. I stood in the sun for at least
30 minutes before I was allowed to rinse myself
for 10 seconds in the shower. I was seen by medical on
8/3 and 8/4/15.
Action Requested; To have the gas booth C.O. trained

BURNS CONSOL GRVCS 0133

NEW YORK STATE DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION
**GRIEVANCE COMPLAINT**

(50) Chemical Agent Deployed
in Mess hall

| Grievance No. |
|---|
| 80478-18 |

**GREEN HAVEN CORRECTIONAL FACILITY**

Date 8-5-15

Name ███████████████████████

Housing Unit ████████

Program ██████████  AM ___ PM ██

*(Please Print or Type - This form must be filled within 21 calendar days of Grievance Incident)*

Description of Problem: (Please make as brief as possible) ON 8-3-15 A Light broke
out in messhall between Two Inmates and The officer in The
messhall watch Tower drop a small amount of Tear gas That was
ew calted fair. While Inmates was being evacuated The officer
dropped more Tear gas which cause havoc and me To get Stomped
And had to Try To get out. All Inmates where evacuated To The yard
And stripped down To Boxer shorts and leave our Property, which where never
Returnd

Grievant
Signature ████████████████

Grievance Clerk: _____ Date: _____

Advisor Requested  ☐ Yes  ☐ No  Who: _____

Action requested by inmate:
The officer be held accountable That dropped The Tear gas which made
The situation escalate and Inmates To be hurt. And for The
facility To Train Hows To Evacuate

This Grievance has been formally resolved as follows:

AUG 12 2015

_____
_____
_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
signature: _____ Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
*An exception to the time limit may be requested under Directive #4040, section 701.6(g).