Exhibit F



**NEW YORK STATE | Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To: Supt. Griffin

From: C.O. Cocuzza

Subject: UI # 15-0187

Date: 08/04/2015

---

As reported on 8/3/2015 and in my misbehavior report that while working in the west messhall during a two man fight between inmates ▮▮▮▮▮ and inmate ▮▮▮▮▮ I C.O. Cocuzza witnessed inmate ▮▮▮▮▮ jump up from his seat and begin yelling. I ordered the inmate to sit back down numerous times, he did not comply and continued yelling. ▮▮▮ was yelling to the other inmates in the area "this isn't a real riot lets get this shit started". He continued yelling "lets riot, fuck these guys" to the 354 inmates in the messhall causing other inmates to stand up until chemical agents were dropped. At that point inmate ▮▮▮ as well as others ran out of the messhall, and into the yard.

Respectfully Submitted,

*[signature]*

C.O. Cocuzza



**NEW YORK STATE | Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To: Superintendant Griffin

From: C.O. Crousset

Subject: UI 15-0187/UOF 15-0056

Date: August 3, 2015

On the above date and approximate time while working in the west messhall I CO Crousset noticed a two man fight between two inmates, at this time I instructed the inmates along the wall at counter #1 to face and place there hands on the wall. Inmate ▮▮▮▮▮▮▮▮ removed his hands from the wall and said I'm leaving and went towards officer Thorne in an aggressive manner. I then grabbed the back of his shirt with my left hand and grabbed his right leg with my right hand and forced inmate ▮▮▮▮ to the floor. At this time I proceeded to hold inmate down until mechanical restraints were applied, I then assisted inmate ▮▮▮▮ to his feet.

Respectfully Submitted,

Officer R Crousset

Produced 2/23/17



**NEW YORK STATE | Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To: Supt Griffin

From: C.O. D. Thorne

Subject: UI 15-0187/UOF 15-0056

Date: August 3, 2015

On the above date and approximate time of 08:00 AM, I CO Thorne was watching the AVP inmates in the messhall when a two man fight broke out in the chow line for counter #1, I then instructed all other inmates in line to face and place hands on the wall, then inmate ▓▓▓ came off the wall and came at myself in an aggressive manner after being told by myself and others to keep his hands on the wall. At that time I then grabbed him by the left arm with my right and left hands and forced him to the floor, chemical agents were then a dropped at approximately the same time. I then applied mechanical restraints and assisted inmate ▓▓ to his feet.

Respectfully Submitted,

Officer D Thorne

BURNS-000089



**NEW YORK STATE** | Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To: Sgt. Cocuzza

From: C.O. R. Cocuzza

Subject: Use of Force

Date: August 3, 2015

Sir, on the above date and approximate time of 08:00, I Officer R.Cocuzza observed a two man fight in the west mess hall. I called for a security response to the west mess hall for a two man fight. I gave several direct orders to inmate ███ to stop fighting. They refused. I then used several forehand baton strikes on inmate ███ back, to stop him from assaulting inmate ███ were separated ending my use of force.

Respectfully Submitted,

*R. Cocuzza*

Officer R.Cocuzza