Exhibit G

## STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES

## Green Haven Correctional Facility

# INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | | NO ♦ NUM | HOUSING LOCATION ♦ CELDA |
|---|---|---|---|
| **2** LOCATION OF INCIDENT ♦ VIOLACIONES | West messhall | INCIDENT DATE ♦ FECHA August 3, 2015 | INCIDENT TIME ♦ HORA 8am Approximately |

**3** RULE VIOLATION(S) ♦

102.10 Threats, 109.12 Movement 104.11 Violent Conduct

124.16 Messhall Serving and Seating Violation 105.10 Direct Order

104.13 Creating Disturbance

**4** DESCRIPTION OF INCIDENT ♦ DESCRIPCION DEL INCIDENTE

On the above date and approximate time of 8AM, I CO Thorne was watching the AVP inmates in the messhall when a two man fight broke out in the chow line for counter #1. I then instructed all other inmates in line to face and place there hands on the wall (including inmate ▇▇▇▇). Inmate ▇▇▇▇ then took his hands off the wall and said he was leaving the messhall, I then gave inmate ▇▇▇▇ a second direct order to place his hands back on the wall at witch time he did for a few seconds. Then Inmate ▇▇▇▇ came off the wall a second time and came at me in an aggressive manner and force was used to gain compliance.

| REPORT DATE ♦ FECHA 08/03/15 | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME D. Thorne | SIGNATURE ♦ FIRMA | TITLE ♦ TITULO C. O. |
|---|---|---|---|

**5** ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)   SIGNATURES

ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si any)   FIRMAS

2 _____   3 _____

NOTE: Fold back Page 2 on dotted line before completing below.

| | YES | NO | | |
|---|---|---|---|---|
| WERE OTHER INMATES INVOLVED? ¿HUBO OTROS RECLUSOS INVUELTOS? | Si ☐ | NO ☒ | IF YES, GIVE NAME & # DE SER SI DE LOS NOMBRES Y DIN | |

AT THE TIME OF THIS INCIDENT WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?   YES ☐ NO ☒
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO A. INCIDENTE?   Si ☐ NO ☐

AS A RESULT OF THIS INCIDENT WAS INMATE CONFINED/RESTRICTED?   YES ☒ NO ☐   OR ♦ O
¿SE CONFINO/RESTRINGIO AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?   Si ☐ NO ☐

WAS INMATE MOVED TO ANOTHER HOUSING UNIT?   YES ☒ NO ☐
¿CAMBIARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?   Si ☐ NO ☐

IF YES (a) CURRENT HOUSING UNIT   SHU-▇   (B) AUTHORIZED BY   LT. Hann
DE SER SI, (a) UNIDAD DE VIVIENDA ACTUAL   (b) AUTORIZADO POR

WAS PHYSICAL FORCE USED?   YES ☒ NO ☐   IF YES) FILE FORM 2104
¿SE USO FUERZA FISICA?   Si ☐ NO ☐   (DER SER SI SOMETA EL FORMULARIO No 2104)

AREA SUPERVISOR ENDORSEMENT
ENDOSO DEL SUPERVISOR DE AREA

BURNS 000048

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES

Green Haven Correctional Facility

## INMATE MISBEHAVIOR REPORT • INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1 NAME OF INMATE (Last, First) • NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. • NUM | HOUSING LOCATION • CELDA |
|---|---|---|
| | | |

| 2 LOCATION OF INCIDENT • VIOLACIONES | INCIDENT DATE • FECHA | INCIDENT TIME • HORA |
|---|---|---|
| West Messhall | August 3, 2015 | 8:00 AM Approximately |

3 RULE VIOLATION(S) •

| | | | |
|---|---|---|---|
| 104.13 | CREATING A DISTURBANCE | 107.10 | INTERFERENCE WITH EMPLOYEE |
| 104.10 | RIOTING | 107.11 | HARASSMENT |
| 104.12 | DEMONSTRATION | 106.10 | REFUSING DIRECT ORDER |

4 DESCRIPTION OF INCIDENT • DESCRIPCION DEL INCIDENTE

On the above date and approximate time in the west messhall during a two man fight between inmates ▓▓▓▓ ▓▓▓▓ and inmate ▓▓▓▓▓ I C.O. Cocuzza witnessed inmate ▓▓▓▓ jumped up from his seat and begin yelling. I ordered the inmate to sit back down numerous times, he did not comply and continued yelling. ▓▓▓▓ was yelling to the other inmates in the area "this isn't a real riot lets get this shit started". He continued yelling "lets riot, fuck these guys" to the 354 inmates in the messhall causing other inmates to stand up until chemical agents were dropped. At that point inmate ▓▓▓▓ as well as others ran out of the messhall, and into the yard.

| REPORT DATE • FECHA | REPORTED BY • NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE • FIRMA | TITLE • TITULO |
|---|---|---|---|
| 08/03/15 | Cocuzza | | C.O. |

| 5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any) | SIGNATURES |
|---|---|
| ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay) | FIRMAS 1 |
| | 2 3 |

NOTE: Fold back Page 2 on dotted line before completing below.

| 6 WERE OTHER INMATES INVOLVED | YES ☐ NO ☒ | IF YES, GIVE NAME & # |
|---|---|---|
| ¿HUBO OTROS RECLUSOS ENVUELTOS? | SI ☐ NO ☐ | DE SER SI DE LOS NOMBRES Y DIN |

| 7 AT THE TIME OF THIS INCIDENT, WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION? | | YES ☐ NO ☒ |
|---|---|---|
| ¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCIDENTE? | | SI ☐ NO ☐ |
| AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED? | YES ☒ NO ☐ | OR • O |
| ¿SE CONFINO/RESTRINGIO AL RECLUSO COMO RESULTADO DE ESTE INCIDENTE? | SI ☐ NO ☐ | |

| 8 WAS INMATE MOVED TO ANOTHER HOUSING UNIT? | YES ☑ NO ☐ | |
|---|---|---|
| ¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA? | | |
| IF YES (a) CURRENT HOUSING UNIT SHU- ▓▓▓▓ | (b) AUTHORIZED BY L.t. Hann | |
| DER SER SI (a) UNIDAD DE VIVIENDA ACTUAL | (b) AUTORIZADO POR | |

| 9 WAS PHYSICAL FORCE USED? | YES ☐ NO ☒ | (IF YES) FILE FORM 2104) |
|---|---|---|
| ¿SE USO FUERZA FISICA? | SI ☐ NO ☐ | (DER SER SI, SOMETA EL FORMULARIO No. 2104) |

AREA SUPERVISOR ENDORSEMENT

ENDOSO DEL SUPERVISOR DEL AREA

BURNS 000049