Exhibit H

252

| | | |
|---|---|---|
| HOUSING UNIT | B-Block | |
| Date: 8-3-15 | Day Monday | Shift 3-11 |
| Staff On Duty: Aronson Shaw Wallace Lieberman | | |
| W/C Decune | Area Sgt. | |
| Fire/Safety Check Complete | Time | |
| Census At Start of Tour 241 | End of Tour | |
| Post Order Review (SIGN) | | |
| Block Temperature 85° | | |

3:00 — CO Aronson on Duty with All State equipment AED checked ▓▓▓▓ Accounted for

3:25 — Sgt R. ▓▓▓▓

3:45 — Count Called to watch
① 41-41-Ø   ④ 40-40-Ø
② 41-41-Ø   ⑤ 41-41-Ø
③ 40-40-Ø   ⑥ 40-40-Ø
243-243-Ø

4:01 — Lt A Busch Jr

4:10 — 4pm meds going out

9:00 — Contacted Med Nurse maryann for inmate Burns 97A6087 complaining of throwing up she said for him to Put Down for emergency sick call in the morning.

Right margin times: 5:05, 5:15, 5:45, 6:45, 7:10, 8:15, 8:45, 9:10, 11:00

505 Contacted medical for inmate [redacted]

515 Medical on unit for inmate [redacted]

545 PSU Nurse on unit for meds
615 Chow on unit
710 Sgt. R. [signature]
815 Contacted PSU Nurse Barrett for inmate [redacted]

845 Messhall Go Back
940 Count in Progress
   ① 41 - 41 - 0      ④ 40 - 40 - 0
   ② 41 - 41 - 0      ⑤ 41 - 41 - 0
   ③ 40 - 40 - 0      ⑥ 40 - 40 - 0
         243 - 243 - 0
1100 End of Tour III