Exhibit I



ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

# MEMORANDUM

FROM:   Karen Bellamy, Director, Inmate Grievance Program

SUBJ:   Receipt of Appeal

                                   10/19/2015
Green Haven Correctional Facility
Your grievance GH-79241-15 entitled
Verbal Harassment/Withholding Meals
was rec'd by CORC on 10/2/2015

---

A disposition will be sent to you after the grievance is reviewed by CORC
The Harriman State Campus, 1220 Washington Avenue, Albany, NY 12226-2050 | (518) 457-8126 | www.doccs.ny.gov

HISTORICAL GRVCS 000079

# GREEN HAVEN CORRECTIONAL FACILITY
## CASE HISTORY & RECORD

GRIEVANCE NUMBER: GH 79241-15

NAME: ███████

DIN: ███████

TITLE: Verbal Harassment/withHolding meals

GH CODE: 49        INSTITUTIONAL / DEPARTMENTAL: I

DATE FILED: 3-13-15

HEARING DATE: PT 3/13/15

SUPT. DATE: 4-13-15

APPEAL DATE: 5-21-15

## INVESTIGATIVE INFORMATION

IGRC INVESTIGATION DATE: _____

FACILITY POLICY #: _____

CAPTION DATE: _____

SUPERVISOR DATE: _____

EMPLOYEE DATE: _____

PRIOR CORC: _____

OTHER: _____

IGP SUPERVISOR'S SIGNATURE: _M. Hanavany_    DATE: 8/29/15

HISTORICAL GRVCS 000080

**NEW YORK STATE | Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## GRIEVANCE CASE HISTORY AND RECORD
## GREEN HAVEN CORRECTIONAL FACILITY

**GRIEVANCE NUMBER:** GH79241-15

**NAME:** ▮

**DIN:** ▮

**TITLE:** Verbal Harassment/Withholding Meals

**CODE:** 49

### Description of Problem:
Date: 3-13-15
The grievant complains officer has engaged in continuous acts of harassment against him and who's attitude demonstrates unprofessionalism.
    **Action Requested:** Grievant requests that the officer conduct himself in compliance with DOCCS rules and regulations.

### IGRC Recommendation:
Date: 3-13-15
Passed through to Superintendent

### Superintendent Response:
Date: 4-13-15
According to the investigation the grievant was interviewed by Sgt. M on 4/2/15. The grievant offered no witness to be interviewed. The grievant offered nothing to further his written complaint. Copies of the go-around have been obtained. There is no indication that the grievant did not receive what was requested. The officer named in this complaint ( CO N ) was interviewed by Sgt. M and a written statement has been obtained. The officer states that inmates are released from their cells based on what they request on the go-around. The officer denies the grievant's allegations of harassment. According to the investigation the grievant's allegations could not be substantiated. \*\*\* Grievance is denied only to the extent noted above.

### Appeal to CORC:
Date: 5-19-15
The grievant appeal is being submitted late on behalf of an incident that took place on 4-21-15 as well as being placed in SHU with no access to property.



STATE OF NEW YORK
DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION

GREEN HAVEN CORRECTIONAL FACILITY
594 RT. 216
STORMVILLE, NY 12582

ANTHONY J. ANNUCCI
ACTING COMMISSIONER

THOMAS R. GRIFFIN
SUPERINTENDENT

## MEMORANDUM

TO: Superintendent Griffin

FROM: L. Stanaway, IGP Supervisor

SUBJECT: Initial Superintendent Reviw of Grievance Coded 49 – Staff Misconduct

DATE: 3/16/15

Grievant's Name: ▓▓▓▓ DIN ▓▓▓▓ Loc ▓▓▓▓

GRIEVANCE NUMBER: GH 79241-15

Attached is a grievance that has been coded as a 49 – Staff Misconduct. Please review within 24 hours, and note your findings:

Superintendent Initial: _____

Date Reviewed: _____

_____ I concur with the filing of this grievance as being coded 49.
An investigation by _____ can proceed.

_____ I DO NOT concur with the filing of this grievance as being coded 49.
The following action should be taken:

_____ This incident has been previously or is currently being investigated
By _____.

_____
_____
_____

Please return the attached to the IGP Supervisor.     Thank you.

| Grievant | | Number | | Cell | | |
|---|---|---|---|---|---|---|
| | State of New York Department of Corrections and Community Supervision | Grievance Number 79241-15 | | | Date Filed 3/13/2015 | |
| | | Title VERBAL HARASSMENT/WITHOLDHIG MEALS | | | Code 49 | |
| Inmate Grievance Program | | Superintendent's Signature | | | Date 4-13-15 | |

The grievant complains of harassment.

According to the investigation the grievant was interviewed by Sgt. M on 4/2/15. The grievant offered no witness to be interviewed. The grievant offered nothing to further his written complaint. Copies of the go-arounds have been obtained. There is no indication that the grievant did not receive what was requested.

The officer named in this complaint ( CO N ) was interviewed by Sgt. M and a written statement has been obtained. The officer states that inmates are released from their cells based on what they request on the go-arounds. The officer denies the grievant's allegations of harassment.

According to the investigation the grievant's allegations could not be substantiated.

*** Grievance is denied only to the extent noted above.

---

### Appeal Statement

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal. Please state why you are appealing this decision to C.O.R.C.

Appeal is being submitted late on behalf of an incident that took place on 4/2/15 as well being placed IN SHU with no access to property.

_Grievant's Signature_ — 5/19/15

_G. R. Leacock, Grievance Clerk's Signature_ — 5/21/15

HISTORICAL GRVCS 000083

Form 2133 (Rev. 2/89)

NAME: 
DIN:
DATE - 5-19-15

I AM APPEALING THIS GRIEVANCE IN REGARDS THAT THIS WAS A CONSTANTLY OF CONTINOUS HARRASMENT AND DISREGARD OF ME GOIN TO THE MESSHALL.

THIS GRIEVANCE WAS NOT RESOLVED AND ACCURATE TO BE DENIED IF THE DISREGARD OF RULES AND REGULATIONS OF EMPLOYEE MANUAL, 2.b, 2.8, 1013, 102.1 AND EIGHTH AMENDMENT WAS VIOLATED CONTINUOUSLY.

THIS GRIEVANCE appeal is being Submitted late on behalf of an incident that occurred on 4/21/15 IN WHICH I WAS Placed IN SHU, WITH NO ACCESS PROPERTY

RESPECTFULLY


HISTORICAL GRVCS 000084

FORM 21311E (9/12)     STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
# INMATE GRIEVANCE COMPLAINT

Grievance No. 79241-15

Green Haven _____ CORRECTIONAL FACILITY

Date: February 27, 2015

Name: ▓▓▓▓▓  Dept. No.: ▓▓▓  Housing Unit: ▓▓▓

Program: ▓▓▓ AM ▓▓▓ PM

*(Please Print or Type -- This form must be filed within 21 calendar days of Grievance Incident)*

Description of Problem: (Please make as brief as possible)

See attached

Grievant Signature: ▓▓▓

Grievance Clerk: _____ Date: _____

Advisor Requested ☐ YES ☒ NO   Who: _____

Action requested by inmate:

See attached

The Grievance has been formally resolved as follows:

MAR 1 3 2015

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant Signature: _____     Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

HISTORICAL GRVCS 000085

Name: ▮
Din: ▮  ITU: ▮
Date: February 27, 2015

This Grievance is being submitted to complain about the acts and actions of Correction Officer Naggie, who has engaged in continuos acts of Harassment against me and who's attitude has demonstrated that there is some reason to question whether he should be employed in the capacity of D.O.C.C.S.

On February 24, 2015, I ▮, came back from the west side mess hall and locked in my cell. Shortly thereafter Correction Officer Naggie, came to my cell and verbally disrespected me for No apparent reason, he started shouting in a loud tone, accusing me of eye balling someone in the mess hall. I then asked Correction Officer Naggie, what is he talking about.(?) Correction Officer then said listen to me you Fucking Spic, if you do it again it's going to be a problem.

On the following day February 25, 2015, ▮Block on ▮-company during the go-around (11:00am) Correction Officer Naggie, approached my cell ▮, I informed him that I would like chow and J-school, Correction Officer Naggie, shouted at me and said as long as I'm here you will not be going to the mess hall. I inquired with correction Officer Naggie, why can't I go to the mess hall to eat(?) he then clearly stated because I Fucking said so. I then mentioned to correction Officer Naggie, that if your not going to allow me to go to the mess hall, Please provide me with a feed-up tray. Correction Officer Naggie, then stated your not getting shit.

On February 26, 2015, Correction Officer Naggie, did the go-around again on ▮company. As Correction Officer Naggie, approached my cell ▮, I informed him that I wanted chow and J-school, Correction Officer Naggie, verbally disrespected me by stating what part don't you understanding you stupid Fucking Spic, just like I told you yesterday when ever I'm working your not going to the Fucking mess hall, nor are you getting a feed-up tray. I then mentioned to Correction Officer Naggie, that I would like to see a sergeant, Correction Officer Naggie, then stated your not seeing any fucking body, now shut the fuck up.

On February 27, 2015, correction Officer Naggie, did the go-around again on ▮-company. I informed correction officer Naggie, to please put me down for chow and J-school. Shortly thereafter correction officer Naggie, stated to me that all you mother fuckers are all the same stupid and a waste of a human being. I then stated to correction officer Naggie, to please call the area sergeant, correction officer Naggie, then said shut the fuck up and stop crying like a fucking baby. if you don't like what I'm doing then don't come to jail.

-1-

HISTORICAL GRVCS 000086

The following are violation committed by Correction officer Naggie,

**EIGHTH AMENDMENT RIGHT;** Cruel and Unusual Punishment Inflicted, I was denied to go the mess hall to eat, and I was not provided a meal to eat.

2.12 - Language; Employees' Manual
An employee shall refrain the use of indecent, profane, or abusive language or gestures while on duty or on state property.

2.8 - Non-Discrimination
No employee shall discriminate against any person on the basis of race, creed, color, age, sex, sexual orientation, national origin, marital status, or disability.

101.3 - Knowledge of Rules
Every employee shall have a working knowledge of the contents of the Employees' Manual with Department and Institution of office rules, regulations, Directives and procedures, and Laws of the state of new York which have bearing upon his power and duties.

102.1 - Personal Conduct
An employee shall not knowingly or willingly violate any law or ordinance of the United States or the State of New York or any rule or regulation of the Department.

### ACTION REQUESTED:

1. That a copy of this Grievance be sent to the office of Diversity Management; Inspector General Office, The Deputy Commissioner of D.O.C.C.S., and the Hub Superintendent.

2. That a proper Investigation be conducted with this Grievance pursuant to Directive #4040, #2110 - #2112;

3. No retaliation against me for good faith utilization of the Grievance Mechanism cease and desist from unlawful Racial Discrimination;

4. For Correction Officer Naggie, to conduct himself in compliance with his rules and regulations and act professionally while on State property;

5. I have a First Amendment Constitutional Right to submit a Grievance / Complaint against an officer who has violated my rights in any manner. The United States Supreme Court has made a ruling that prison guards must follow in order to perform his/her professional responsibility within D.O.C.C.S.

This is to inform you that once Correction Officer Naggie, finds out about this grievance he is going to retaliate or have one of his corrupted partners within ▓-Block or throughout the facility, to plant weapons or drugs in my cell when I'm not there, or stop me in the walkway / hallway while on my way to program, mess hall, yard, when no other inmates are around and plant drugs or weapons on me, or try to physically assault me...............................

-2-

HISTORICAL GRVCS 000087



**NEW YORK STATE | Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To: I.G.R.C. supervisor

From: Sgt. P. Moreau

Subject: G.H. 79241-15 ▓▓▓▓▓▓

Date: 4/2/15

On 4/2/15 Inmate ▓▓▓▓▓▓ was interviewed by me in reference to G.H. 79241-15 in the counseling area of building 2 at approximately 8:45 A.M. Inmate ▓▓ stated to me that he had no witnesses to offer for interview purposes and that what he put on paper is what his grievance is. At this point there is nothing to add to the complaint. The Go arounds were checked and inmate ▓▓ is on the Go arounds for the things he claims he asked for. Officer Nagy denies all accusations against him and his written answer is attached. There is no way to prove that Inmate ▓▓ did not receive what he asked for on the Go Around.

Respectfully Submitted:

*Sgt. P. Moreau* (signature)

Sgt. P. Moreau



**NEW YORK STATE | Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To: I.G.R.C. supervisor

From: Sgt. P. Moreau

Subject: G.H. 79241-15 ▇▇▇▇

Date: 4/2/15

    On 4/2/15 Inmate ▇▇▇▇ was interviewed by me in reference to G.H. 79241-15 in the counseling area of building 2 at approximately 8:45 A.M. Inmate ▇▇▇ stated to me that he had no witnesses to offer for interview purposes and that what he put on paper is what his grievance is. At this point there is nothing to add to the complaint. The Go arounds were checked and inmate ▇▇▇ is not on the Go arounds for the things he claims he asked for. Officer Nagy denies all accusations against him and his written answer is attached.

Respectfully Submitted:

*Sgt. P. Moreau* (signature)

Sgt. P. Moreau



**NEW YORK STATE | Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To: SGT MOREAU
From: Correction Officer M. NAGY
Subject: Grievance #79241
Date: 3-30-15

SIR,
IN RESPONSE TO THIS GRIEVANCE, I OFFICER NAGY DO NOT RECALL SPEAKING TO THIS INMATE. I DON'T RECALL HAVING ANY ISSUE AND DON'T KNOW WHAT THIS INMATE IS ALLEGING. I DIDN'T USE ANY DISCRIMINATORY OR VULGAR LANGUAGE, NOR DO I RECALL HAVING ANY CONVERSATION WITH HIM. REGARDING THE ALLEGATIONS OF CHOW I DIDN'T REFUSE HIM HIS CHOW. INMATES ARE RELEASED FROM THEIR CELLS BASED ON WHAT THEY REQUEST DURING THE "GO ROUND".

RESPECTFULLY SUBMITTED,
C.O. M. NAGY

| Grievant | | Number | | Cell | | | |
|---|---|---|---|---|---|---|---|
| State of New York Department of Corrections and Community Supervision | | Grievance Number 79241-15 | | | | Date Filed 3/13/2015 | |
| | | Title VERBAL HARASSMENT/WITHOLDHIG MEALS | | | | Code 49 | |
| Inmate Grievance Program | | Superintendent's Signature | | | | Date 4-13-15 | |

The grievant complains of harassment.

According to the investigation the grievant was interviewed by Sgt. M on 4/2/15. The grievant offered no witness to be interviewed. The grievant offered nothing to further his written complaint. Copies of the go-arounds have been obtained. There is no indication that the grievant did not receive what was requested.

The officer named in this complaint ( CO N ) was interviewed by Sgt. M and a written statement has been obtained. The officer states that inmates are released from their cells based on what they request on the go-arounds. The officer denies the grievant's allegations of harassment.

According to the investigation the grievant's allegations could not be substantiated.

*** Grievance is denied only to the extent noted above.

---

Appeal Statement

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal. Please state why you are appealing this decision to C.O.R.C.

_____

_____

_____

_____

Grievant's Signature                                                                                       Date

Grievance Clerk's Signature                                                                           Date

Form 2133 (Rev. 2/89)

HISTORICAL GRVCS 000091

| | Grievance Number | Desig./Code | Date Filed |
|---|---|---|---|
| **NEW YORK STATE** Corrections and Community Supervision | GH-79241-15 | I/49 | 3/13/15 |
| | Associated Cases | | Hearing Date 11/4/15 |
| ANDREW M. CUOMO Governor    ANTHONY J. ANNUCCI Acting Commissioner | Facility Green Haven Correctional Facility | | |
| INMATE GRIEVANCE PROGRAM CENTRAL OFFICE REVIEW COMMITTEE | Title of Grievance Verbal Harassment/Withholding Meals | | |

## GRIEVANT'S REQUEST UNANIMOUSLY ACCEPTED IN PART

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby accepted only to the extent that CORC upholds the determination of the Superintendent for the reasons stated.

CORC notes that Officer N... denies threatening or discriminating against the grievant or using inappropriate language, and states that he is permitted to go to the messhall and J-School when he requests it during the go around. In addition, it is noted that he does not recall if the grievant requested to speak to a sergeant on 2/26/15 or 2/27/15. CORC has not been presented with sufficient evidence to substantiate malfeasance by staff.

CORC notes that Directive #4040, Section 701.6 (b) states, in part, that no reprisals of any kind shall be taken against an inmate or employee for good faith utilization of this grievance procedure. An inmate may pursue a complaint that a reprisal occurred through the grievance mechanism. CORC also notes that a copy of the instant complaint was forwarded to the Office of Diversity Management in accordance with Section 701.9 of this directive.

In regard to the grievant's appeal, CORC asserts that a proper investigation has been conducted and notes that he has since been transferred. CORC advises him to address security matters to an area supervisor at the time of the incident for the most expeditious means of resolution.

RAS/

----

This document has been electronically signed by Jeffery A. Hale