Exhibit K

| | | Grievance Number GH-79714-15 | Desig./Code I/49 | Date Filed 6/9/15 |
|---|---|---|---|---|
| NEW YORK STATE | Corrections and Community Supervision | Associated Cases | | Hearing Date 11/25/15 |
| ANDREW M. CUOMO Governor | ANTHONY J. ANNUCCI Acting Commissioner | Facility Green Haven Correctional Facility | | |
| INMATE GRIEVANCE PROGRAM CENTRAL OFFICE REVIEW COMMITTEE | | Title of Grievance Assaulted By Officers In Retaliation For Grievance | | |

## GRIEVANT'S REQUEST UNANIMOUSLY DENIED

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby denied. CORC upholds the determination of the Superintendent for the reasons stated.

CORC notes that this matter has been properly investigated by the facility administration, and that the grievant was involved in a documented Unusual Incident and Use of Force on 4/21/15 when he assaulted staff. He was promptly seen by medical staff for scratches and an abrasion on his head, swelling to his head and nose, and three lacerations on his right leg. In addition, CO's B..., D..., Go..., Gr..., N..., O... and R... deny using excessive force on him and Sgt. M... denies threatening him or making inappropriate comments. It is noted that the grievant's witness was interviewed, however, the allegations remain unsubstantiated.

CORC notes that Directive #4040, § 701.1, states, in part, that the grievance program is not intended to support an adversary process.

With respect to the grievant's appeal, CORC notes that Directive #4040, § 701.6 (b) states, in part, that no reprisals of any kind shall be taken against an inmate or employee for good faith utilization of this grievance procedure. An inmate may pursue a complaint that a reprisal occurred through the grievance mechanism. CORC has not been presented with sufficient evidence of malfeasance by staff, and notes that he has since been transferred.

CMV/

--------------------------------------------------------------------------------
--------------------------------------------------------------------------------

HISTORICAL GRVCS 000001



ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## MEMORANDUM

**FROM:**   Karen Bellamy, Director, Inmate Grievance Program

**SUBJ:**   Receipt of Appeal

████████████  9/14/2015
Green Haven Correctional Facility
Your grievance GH-79714-15 entitled
Assaulted By Officers In Retaliation For Grievances
was rec'd by CORC on 9/3/2015

HISTORICAL GRVCS 000002

# GREEN HAVEN CORRECTIONAL FACILITY
## CASE HISTORY & RECORD

GRIEVANCE NUMBER: GH 79714 -15

NAME: ███████████

DIN: ███████

TITLE: Retaliation

GH CODE: 49 INSTITUTIONAL/DEPARTMENTAL I

DATE FILED: 6-9-15

HEARING DATE: PT 6-9-15

SUPT. DATE: PTU

APPEAL DATE: 8-6-15

## INVESTIGATIVE INFORMATION

IGRC INVESTIGATION DATE:_____

FACILITY POLICY #:_____

CAPTION DATE:_____

SUPERVISOR DATE:_____

EMPLOYEE DATE:_____

PRIOR CORC:_____

OTHER:_____


SIGNATURE: _M. Stanaway_ DATE: 8/29/15
　　　　　　　IGP Supervisor

GRIEVANCE CASE HISTORY AND RECORD
GREEN HAVEN CORRECTIONAL FACILITY

GRIEVANCE NUMBER. GH--79714-15

NAME: ███████

DIN #: ███████

TITLE:Retaliation

Code #:49

DESCRIPTION OF PROBLEM:

DATE. 6-9-15  The grievant complains As a result of a most recent grievance filed by grievant under GH 79241-15 on March 13, 2015 against Michael Nagy, which was investigated on March 21, 2015 by Sgt. P. Moreau concerning harassment and denial of meals.

On April 21, 2015 at 1:35 p.m. grievant was subjected to unprovoked malicious, sadistic excessive and retaliatory use of force by officers Tagliaferri, Nagy, Grasso, Goetz. Grievant was assaulted.

ACTION REQUESTED:

Grievant request not to be assaulted.

IGRC RECOMMENDATION:
DATE. 6-9-15 PT

SUPERINTENDENT RESPONSE:
DATE. PTU

APPEAL TO CORC:
DATE. 8-6-15.  Grievant is appealing the Superintendent's decision as untimely because the superintendent failed to render a decision.



STATE OF NEW YORK
## DEPARTMENT OF CORRECTIONS
## AND COMMUNITY SUPERVISION
GREEN HAVEN CORRECTIONAL FACILITY
594 RT. 216
STORMVILLE, NY 12582

ANTHONY J. ANNUCCI
ACTING COMMISSIONER

THOMAS R. GRIFFIN
SUPERINTENDENT

## MEMORANDUM

**TO:** Superintendent Griffin

**FROM:** L. Stanaway, IGP Supervisor

**SUBJECT:** Initial Superintendent Reviw of Grievance Coded 49 – Staff Misconduct

**DATE:** ___6/11/15___

Grievant's Name: _____ DIN _____ Loc _____

GRIEVANCE NUMBER: GH___79714-14___

Attached is a grievance that has been coded as a 49 – Staff Misconduct. Please review within 24 hours, and note your findings:

Superintendent Initial: _____

Date Reviewed: _____

✓ I concur with the filing of this grievance as being coded 49.
An investigation by _____ can proceed.

_____ I DO NOT concur with the filing of this grievance as being coded 49.
The following action should be taken:

_____ This incident has been previously or is currently being investigated
By_____.

_____
_____
_____

Please return the attached to the IGP Supervisor.          Thank you.

## INMATE GRIEVANCE RESOLUTION COMMITTEE
## ACKNOWLEDGEMENT OF RECEIPT

TO:_____████████_____ DIN ████ █LOC.___█████████

FROM: IGRC OFFICE: Incident date: _4/21_ Action Request:_____ Signature:___

CODE ___49___ TITLE: _Retaliation_

This notice is to inform you that your grievance has been received by this office on

_____6/4_____. It has been given the log number GH _79714-15_

Your log number, DIN, and cell location must be included on any inquiry made concerning your grievance.

Upon completion of an investigation into your grievance, you will be scheduled for an IGRC hearing. According to Directive #4040 if you do not appeal for the hearing without a legitimate reason, the IGRC will hold a hearing in absentia.

If your grievance is numbered as part of a consolidated issue, you may or may not be called for a hearing. However, you will receive a copy of the grievance committee's decision, and you may appeal any decision in accordance with Directive #4040.

Directive #4040 701.3(a) _Inmate's Responsibility._ An inmate is encouraged to resolve his complaints through the guidance and counseling unit the program area directly affected, or other existing channels (informal or formal) prior to submitting a grievance. Although a facility may not impose pre-conditions for submission of a grievance, the failure of an inmate to attempt to resolve a problem on his own may result in the dismissal and closing of a grievance at an IGRC hearing.

*Notice of Return: _Please resubmit with correction requested._

Please be advised that your grievance received on _____, is being returned to you via callout for one or more of the following reasons. You will be placed on a callout to meet with an IGRC Inmate Representative to make any necessary corrections.

____No action request, please indicate one.      ____No incident date noted.

____No signature                                 ____Non-grievable per Directive #4040

____Unable to understand handwriting.

____Other (as indicated below):

_____
_____
_____
_____

IGP Supervisor Stanaway_____  _ZP_

*code*
*49*

*Retaliation*

Grievance No.

*19714-14*

**GREEN HAVEN CORRECTIONAL FACILITY**

Date _6/9/15_

Name _____ Din. N_____ Housing Unit _____

Program _____ AM_____ PM_____

*(Please Print or Type.- This form must be filled within 21 calendar days of Grievance Incident)*

Description of Problem: (Please make as brief as possible) _____

_____

*S/A*

_____

_____

_____

_____

Grievant
Signature _____

Grievance Clerk _____ Date: _____

Advisor Requested ☐ Yes ☐ No Who: _____

Action requested by inmate:

_____

_____

_____

This Grievance has been formally resolved as follows:

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
signature _____ Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

HISTORICAL GRVCS 000007

To:    Offender Grievance Committee

From:   ▓▓▓▓▓▓▓▓▓▓▓      #79714-13

Date:   April 25, 2015

Subject: Unprovoked, Malicious; sadistic, excessive,
and retaliatory use of force

**Description of Incident:** As a result of a most recent
grievance filed by me under GH-79241-15 on March 13, 2015
against Officer Michael T. Nagy, which was investigated on
March 21, 2015 by Sgt. P. Moreau concerning harassment and
denial of meals.

On April 21, 2015 at 1:35 p.m. I was subjected to
unprovoked; malicious; sadistic, excessive and retaliatory
use of force by officers ▓▓▓▓ ; ▓ Tagliaferri; Michael T.
Nagy; ▓▓▓▓ Grasso; ▓▓▓▓ Goetz; ▓▓▓▓ Brothers;
▓▓Desantis and ▓▓▓▓ Rivers.

During the March 21, 2015 interview, Sgt. P. Moreau
concerning my grievance filed under GH-79241-15 I was
threatened by Sgt. Moreau ... thereafter officer Nagy met
with Sgt. Moreau and sought his approval to carry out an
unprovoked assault against me which he approved.

As such on April 21, 2015 at 1:35 p.m. as I was attending
my assign program I was the only prisoner pulled out for a
search and frisk on the ▓Block flats; where I was isolated
from other prisoners and assaulted.

When I was placed in restraints and removed from the
floor Sgt. P. Moreau immediately stated:

> I told you my officers would get you. Do
> you still want to file anymore
> grievances.

Supt. Thomas Griffin; Dep. Supt. of Security Donald
Wilkins and their entire executive team are all knowledgeable
of the fact that since Governor Andrew M. Cuomo announced his
political agenda to (1) end over time for correction officers
with 25 years or more on the job who's yearly income cost the
state $80,000.00 ... and replace them with new officers who's
yearly income only cost the state $40,000.0 ... the
correction officers union has issued a directive to the
officers to "usurp" the governors authority ... as such the
officers has began provoking and staging use of force
incidents through out New York States prisons. As such use of
force and even murders of prisoners has escalated ten times
the amount within the prior 4-months with impunity.

---

Additionally, Supt. Thomas Griffin and Dept. Supt. of Security Donald Wilkins who are both responsible for supervising offices were knowledgeable of Green Haven Corr. Facility Policy, custom and practice to retaliate against prisoners who utilize the prisoners grievance mechanism petition government officials or the courts concerning staff conduct ... however they deliberately exercise willful blindness ... conscious avoidance ... knowing acquiescence and tacit approval in order to encourage and perpetuate staff conduct.

More overwhelmingly Supt. Thomas Griffin has promulgated or allow to continue with his knowledge a inmate grievance investigation policy, practice and custom that renders bureaucratic, self-serving, determinations based on departmental and institutional loyalty. Which renders boilerplate determinations fixed on ready-made, standardized contractual language that he view as non negotiable, for example:

> Staff has submitted written statement
> denying all allegations .. as such; I
> find no evidence to support any wrong
> doing of any staff.

This grievance investigation policy undermines any procedure of detecting and monitoring staff retaliation and malicious, and sadistic use of force, and sever only to embolden, encourage, and perpetuate staff widespread, pervasive malicious and sadistic use of force and retaliation against prisoners with impunity, and was the direct cause of the assault against me.

Pursuant to Directive no. 4040 § 701.6(g)(1) I hereby request a 45 day extensions to file this grievance, since my initial attempt to timely file this grievance was circumvented by Ms. Laura a. Stanaway in violation of § 701.5(b)(4)(i).

Relief: For a determination to be made that (1) unprovoked, malicious; sadistic, excessive and retaliatory use of force was carried out against me on April 21, 2015 ... (2) the officers union directive to officers to provoke and stage use of force incidents for the purpose of "usurping" the governors political agenda and the grievance investigation policy was the direct cause of the April 21, 2015 use of force against me ... for the commissioner of New York State DOCCS to order the indictment, prosecution and punishment of Supt. Thomas Griffin For willful neglect of duty pursuant to New York State Corr. Law § 126.

Respectfully Submitted



JUN 4 - 2016



APPEAL
TO CORC

AUG 5 - 2015

FROM:

CORR. FAC.

TO: SUPERINTENDENT. THOMAS GRIFFIN
GREEN HAVEN CORR FAC.
P.O. BOX 4000
STORMVILLE, N.Y. 12582

DATE: JULY, 28, 20—

SUB: APPEAL FOR GRIEVANCE LOG # 79714-15 RETALIATION
DATED, JUNE, 4, 2015;

     I AM APPEALING GRIEVANCE LOG # 79714-15 RETALIATION
DECISION IN THE MATTER OF GRIEVANCE COMPLAINT NOT
BEING RESOLVED IN ACCORDING TO GRIEVANCE REQUESTED
RELIEF: FOR A DETERMINATION TO BE MADE THAT (1) UNPROVED, MALICIO
SADISTIC, EXCESSIVE AND RETALIATORY USE OF FORCE WAS
CARRIED OUT AGAINST ME ON APRIL, 21, 2015... (2) THE OFFICER
UNION DIRECTIVE TO OFFICERS TO PROVOKE AND
STAGE USE OF FORCE INCIDENTS FOR THE PURPOSE
OF "USURPING" THE GOVERNORS POLITICAL AGENDA AND
THE GRIEVANCE INVESTIGATION POLICY WAS THE DIRECT
CAUSE OF THE APRIL, 21, 2015 USE OF FORCE AGAINST
ME.... FOR THE COMMISSIONER OF NEW YORK STATE
DOCCS TO ORDER THE INDICTMENT, PROSECUTION AND
PUNISHMENT OF SUPT. THOMAS GRIFFIN FOR WILLFUL
NEGLECT OF DUTY PURSUANT TO NEW YORK STATE
CORR. LAW, $ 126.... ALSO THE FACT THAT NO RESPONSE

DECISION PURSUANT TO <DIRECTIVE NO. 4040 PROCEDURE
<701.5 <C> <4> <701.5 <B> 1 ... AND CIRCUMVENTION OF
IMPLEMENTATION TO MITIGATING CIRCUMSTANCES OF EXHAUSTION
ADMINISTRATIVE REMEDIES AND UNRESPONDENT WITHIN 21 DAYS
OR 45 DAYS TO GRIEVANCE COMPLAINT LOG# 79714-15
RETALIATION, IN WITH NO DECISION WAS MADE OR ACKNOWLEDGED
FOR DECISION TO BE MADE AND DISREGARDED CONSEQUENTLY.

RESPECTFULLY SUBMIT

C.C./GREEN HAVEN CORR. FAC.
GRIEVANCE SUPERVISOR
LAURA STANAWAY



NEW YORK STATE | Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## MEMORANDUM

To:      Collyer, B

From:     Lt. T. Quinn

Subject:   GH-79241-15

Date:      October 8, 2015

_____

    I interviewed inmate ████████████████ at his cell in the AM on 10/8/15. The grievant had no additional information to add to written compliant. He did identify one witness, Inmate ████████ but could not provide a number but stated it was the same inmate that testified at his hearing. The inmate had nothing more to add and the interview was concluded.

Respectfully Submitted,

Lt. T. Quinn



**NEW YORK STATE** | Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To: IGP Supervisor

From: Lt S Murphy

Subject: GH # 79714-15

Date: 10/20/15

_____

Please be advised that I have investigated the above numbered grievance written by inmate ▮▮▮▮▮▮▮ alleging excessive force by staff. I spoke with and received memos from staff indicated by inmate ▮▮▮▮ in his grievance and the additional staff requested by IGP Supervisor VanBergen. I was unable to interview or receive a memo from CO Tagliaferri as she is separated from state service. All staff deny the inmates allegations of excessive force. Additionally Sgt Moreau has supplied a memo indication that he did interview inmate ▮▮▮▮▮ after the incident, however did not threaten the inmate in any manner. Inmate ▮▮▮▮ no longer houses at this facility and is not available for interview with this writer.

Lt S Murphy



**Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To: Lt. Murphy

From: Sgt. P. Moreau

Subject: G.H. 79714-15

Date: 8/3/15

     I did interview inmate ▓▓▓▓▓ in reference to a grievance He had written 79241-15. At no time did I threaten Inmate ▓▓▓. I did meet with and Obtain a written statement from C.O. Nagy in reference to the grievance. I did not give Approval for officer Nagy to assault any one nor did Officer Nagy seek my approval. I did respond to ▓block for a red alert for which inmate ▓▓▓ was involved in. I did Not state to inmate ▓▓▓ I told you my officers would get you.

Respectfully Submitted:

*S'6 T P Mo*

Sgt. P. Moreau



STATE OF NEW YORK

DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION

GREEN HAVEN CORRECTIONAL FACILITY
594 Rte. 216
Stormville, NY 12582
845-221-2711

ANTHONY ANNUCCI
ACTING COMMISSIONER

THOMAS R. GRIFFIN
SUPERINTENDENT

To: LT. MURPHY                                    Date: 7-14-15

From: CORRECTION OFFICER M. NAGY

Subject: GRIEVANCE # 79714-15

IN RESPONSE TO THIS GRIEVANCE I DIDN'T
SUBJECT THE INMATE TO UNPROVOKED, MALICIOUS,
EXCESSIVE, OR RETALIATORY.

RESPECTFULLY SUBMITTED,
C.O. C.M. NAGY



**Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To: Lt. Murphy

From: CO J. Grasso

Subject: Inmate ▮▮▮ ▮▮

Date: 7/14/15

On April 21 2015 approx 1335 I did not subject inmate Lopez DIN4297 to unprovoked malicious, sadistic, excessive, or retaliation. See incident report on file

Respectfully
CO J Grasso
*[signature]*



**Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To: Lt S Murphy

From: CO F Rivers

Subject: GH # 79714-15

Date: 7/22/15

---

On 4/21/15 I, CO Rivers, responded to a red alert in ▓-Block. Force was required to be used on inmate ▓▓▓▓▓▓▓▓▓ due to his actions of assaulting staff and refusing to comply with staff orders. The force I used was necessary and appropriate and was documented at the facility. At no time did I use excessive force on inmate ▓▓▓▓.

*F Rivers* (signature)

CO F Rivers

HISTORICAL GRVCS 000017

STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
GREEN HAVEN CORRECTIONAL FACILITY
INTER-DEPARTMENT COMMUNICATION

TO: Lt Murphy                    DATE: 7-15-15
FROM: J. Bishas
SUBJECT: Grievance # 77714-15

Sir at no Time did I use unprovoked
malicious, sadistic, excessive or retaliatory force
on Inmate ██████████████

                    Respectfully Submitted

                    J Bishas



**NEW YORK STATE** | Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To: Lt. Murphy

From: C.O. R. DeSantis

Subject:

Date: 10/20/15

On 4/21/15 I was required to use force on inmate ▓▓▓▓▓▓. A use of force was documented with-in the facility. At no time did I use unnecessary or excessive force.

Respectfully Submitted,

C.O. R. DeSant

Green Haven Correctional Facility, 594 route 216 , Stormville, NY 124582 (845) 221-2711 www.doccs.ny.gov

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

THOMAS R. GRIFFIN
Supt. Green Haven Correctional

To: LT. MURPHY

From: C.O. M. OSTROSKI

Subject:

Date: 10/20/15

ON April 21, 2015. I WAS ReQuiReD to use FoRce ON
IN MaTe ███ ██ █████. All FoRce WAS DocuMenTeD
With the FAcility. AT No TiMe DiD I use
UNNECessAry ForCe OR ExcessiVe Force.

ResPecTfully SubMitteD
M. OSTROSKi C.O.

| NEW YORK STATE | Corrections and Community Supervision | Grievance Number 79714-15 | | Date Filed 6/9/2015 |
| --- | --- | --- | --- | --- |
| | | Title RETALIATION | | Code 49 |
| Inmate Grievance Program | | Superintendent's Signature *[signature]* | | Date 10-23-15 |

The grievant complains of retaliation and assault.

According to the investigation the grievant was interviewed by Lt. Q. The grievant had nothing additional to add to his written complaint. The grievant provided one inmate witness. The inmate witness was interviewed by Lt. M.

Use of Force Facilty Log #150103 has been documented for incident 4/21/15 that involved the grievant. All staff named in this complaint were interviewed by Lt. M. with the exception of CO T who is separated from State service. All staff deny the grievant's allegation of excessive force. Sgt. M has provided a written statement that he did interview the grievant after the 4/21/15 incident and did not threaten the grievant.

According to the investigation the grievant's allegations could not be substantiated.

*** Grievance is denied only to the extent noted above.

---

Appeal  Statement

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal. Please state why you are appealing this decision to C.O.R.C.

_____

_____

_____

| _____ | _____ |
| Grievant's Signature | Date |

| _____ | _____ |
| Grievance  Clerk's Signature | Date |

*code*
*49*

**NEW YORK STATE DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION
GRIEVANCE COMPLAINT**

*Retaliation*

Grievance No.

**79714-15**

### GREEN HAVEN CORRECTIONAL FACILITY

Date 6/9/15

Name ▓▓▓▓▓▓▓ Din. No ▓▓▓▓▓ Housing Unit ▓▓▓

Program _____ AM _____ PM _____

*(Please Print or Type.- This form must be filled within 21 calendar days of Grievance Incident)\**

Description of Problem: (Please make as brief as possible) _____

S/A

Grievant
Signature _____

Grievance Clerk _____ Date: _____

Advisor Requested ☐ Yes ☐ No Who: _____

Action requested by inmate: _____

This Grievance has been formally resolved as follows: _____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
signature _____ Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
\*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

HISTORICAL GRVCS 000022

GRIEVANCE NUMBER:  GH 79714 _____ -15

NAME: ▓▓▓ ▓▓ ▓

DIN: ▓▓ ▓▓

TITLE: Retaliation

GH CODE: 49 __ INSTITUTIONAL/DEPARTMENTAL I

DATE FILED: 6-9-15

HEARING DATE: PT 6-9-15

SUPT. DATE: PTU

APPEAL DATE: 8-6-15

### INVESTIGATIVE INFORMATION

IGRC INVESTIGATION DATE:_____

FACILITY POLICY #:_____

CAPTION DATE:_____

SUPERVISOR DATE:_____

EMPLOYEE DATE:_____

PRIOR CORC:_____

OTHER:_____

SIGNATURE: M. Stanaway  DATE: 8/29/15
    IGP Supervisor

GRIEVANCE CASE HISTORY AND RECORD
GREEN HAVEN CORRECTIONAL FACILITY

GRIEVANCE NUMBER: GH--79714-15
NAME: ▓▓▓▓▓
DIN #: ▓▓▓▓▓
TITLE: Retaliation
Code #: 49

DESCRIPTION OF PROBLEM:
DATE. 6-9-15  The grievant complains As a result of a most recent grievance filed
by grievant under GH 79241-15 on March 13, 2015 against Michael Nagy, which
was investigated on March 21, 2015 by Sgt. P. Moreau concerning harassment and
denial of meals.

On April 21, 2015 at 1:35 p.m. grievant was subjected to unprovoked malicious,
sadistic excessive and retaliatory use of force by officers Tagliaferri, Nagy, Grasso,
Goetz. Grievant was assaulted.

ACTION REQUESTED:
Grievant request not to be assaulted.

IGRC RECOMMENDATION:
DATE. 6-9-15 PT

SUPERINTENDENT RESPONSE:
DATE. PTU


APPEAL TO CORC:
DATE. 8-6-15.  Grievant is appealing the Superintendent's decision as untimely
because the superintendent failed to render a decision.



STATE OF NEW YORK

## DEPARTMENT OF CORRECTIONS
## AND COMMUNITY SUPERVISION

GREEN HAVEN CORRECTIONAL FACILITY
594 RT. 216
STORMVILLE, NY 12582

ANTHONY J. ANNUCCI
ACTING COMMISSIONER

THOMAS R. GRIFFIN
SUPERINTENDENT

## MEMORANDUM

**TO:** Superintendent Griffin

**FROM:** L. Stanaway, IGP Supervisor

**SUBJECT:** Initial Superintendent Reviw of Grievance Coded 49 – Staff Misconduct

**DATE:** _____6/11/15_____

Grievant's Name:_____ DIN____ Loc____

GRIEVANCE NUMBER: GH____79714-14____

Attached is a grievance that has been coded as a 49 – Staff Misconduct.  Please review within 24 hours, and note your findings:

Superintendent Initial:_____

Date Reviewed: _____

✓ I concur with the filing of this grievance as being coded 49.
An investigation by _____ can proceed.

_____ I DO NOT concur with the filing of this grievance as being coded 49.
The following action should be taken:

_____ This incident has been previously or is currently being investigated
By_____.

_____
_____
_____

Please return the attached to the IGP Supervisor.          Thank you.

HISTORICAL GRVCS 000025

## INMATE GRIEVANCE RESOLUTION COMMITTEE
## ACKNOWLEDGEMENT OF RECEIPT

TO:_____ ███████ DIN __ ███ LOC. ███████

FROM: IGRC OFFICE: Incident date: __4/21__ Action Request:____ Signature:___

CODE __49__ TITLE: _Retaliation_ _____

This notice is to inform you that your grievance has been received by this office on

_____6/4_____. It has been given the log number GH __79714-15__

Your log number, DIN, and cell location must be included on any inquiry made concerning your grievance.

Upon completion of an investigation into your grievance, you will be scheduled for an IGRC hearing. According to Directive #4040 if you do not appeal for the hearing without a legitimate reason, the IGRC will hold a hearing in absentia.

If your grievance is numbered as part of a consolidated issue, you may or may not be called for a hearing. However, you will receive a copy of the grievance committee's decision, and you may appeal any decision in accordance with Directive #4040.

Directive #4040 701.3(a) _Inmate's Responsibility_. An inmate is encouraged to resolve his complaints through the guidance and counseling unit the program area directly affected, or other existing channels (informal or formal) prior to submitting a grievance. Although a facility may not impose pre-conditions for submission of a grievance, the failure of an inmate to attempt to resolve a problem on his own may result in the dismissal and closing of a grievance at an IGRC hearing.

*Notice of Return: _Please resubmit with correction requested._

Please be advised that your grievance received on _____, is being returned to you via callout for one or more of the following reasons. You will be placed on a callout to meet with an IGRC Inmate Representative to make any necessary corrections.

___No action request, please indicate one.      ___No incident date noted.

___No signature                                 ___Non-grievable per Directive #4040

___Unable to understand handwriting.

___Other (as indicated below):

_____
_____
_____
_____

IGP Supervisor Stanaway_____

*code 49*

*Retaliation*

Grievance No.

*19714 -14*

**GREEN HAVEN CORRECTIONAL FACILITY**

Date *6/5/15*

Name _____ Din. No. _____ Housing Unit _____

Program _____ AM _____ PM _____

*(Please Print or Type - This form must be filled within 21 calendar days of Grievance Incident)*

Description of Problem: (Please make as brief as possible) _____

_____

*S/A*

_____

_____

_____

_____

Grievant
Signature _____

Grievance Clerk _____ Date: _____

Advisor Requested ☐ Yes ☐ No Who: _____

Action requested by inmate:

_____

_____

_____

This Grievance has been formally resolved as follows:

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
signature _____ Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

WHITE COPY - IGRC          YELLOW COPY - GRIEVANT

*code*
*49*

NEW YORK STATE DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION
**GRIEVANCE COMPLAINT**

*Retaliation*

Grievance No.
**79714-15**

**GREEN HAVEN CORRECTIONAL FACILITY**

Date _6/9/15_

Name _____ Din. No. _____ Housing Unit _____

Program _____ AM _____ PM _____

*(Please Print or Type - This form must be filled within 21 calendar days of Grievance Incident)*

Description of Problem: (Please make as brief as possible) _____

_____

*S/A*

_____

_____

_____

_____

Grievant
Signature _____

Grievance Clerk _____ Date: _____

Advisor Requested ☐ Yes ☐ No Who: _____

Action requested by inmate:

_____

_____

This Grievance has been formally resolved as follows:

_____

_____

_____

This <u>Informal Resolution</u> is accepted:
(To be completed only if resolved prior to hearing)

Grievant
signature _____ Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

HISTORICAL GRVCS 000028
WHITE COPY - IGRC     YELLOW COPY - GRIEVANT