Exhibit L



# NEW YORK STATE | Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## MEMORANDUM

To: IGRC

From: DSS Wilkins (DW)

Subject: GH80418-15

Date: August 2015

---

The incident that occurred on August 3, 2015 in the west messhall is still under investigation. All inmates who were exposed were afforded the opportunity to be seen by medical in their respective housing units and put in for sick-call if additional medical attention was requested.

Loss of personal property is addressed through the Inmate Property Claim procedure in accordance with Directive #2733.

All security staff receives use of force training annually.