Exhibit M

FORM 3105A (7/11)  STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

| Name: Burns, T | DIN: 97A6087 | Date of Birth: | Facility Name: 080 |

**Subjective:** c/o irritated eyes, throat, breathing difficulty. Hx irregular ht beat. r/t chemical gas incident this AM.

Last Name: Burns
DIN: 97A6087  Location: B2-201
Date: 8/3/15  Time: 1:45 pm

**Objective:** In HAD. 98% RA 96 P. 140/90. Lungs clear. (B)

Provider Orders:

**Assessment:** A r p - ENT irritation r/to chemical gas.

**Plan:**
- Increase fluids.
- Continue washing eyes intermittently.

Signature/Provider # Murphy 341  RN Transcribing Order/Provider #/Date/Time  Flu PCP pm.

---

**Subjective:** c/o Headache + Breathing difficulty post chemical agent. Burning sinus & Eyes

Last Name: Burns
DIN: 97A6087  Location: B2201
Date: 8/4/15  Time: 1415

**Objective:** 98.8° 145/85  17 Resps 100% RA

Provider Orders:

**Assessment:** Lungs CLR Bilat.

**Plan:** Deep Sea + Artificial tears given

Signature/Provider # _____  RN Transcribing Order/Provider #/Date/Time  Patty Jhn 1415

---

**Subjective:** c/o Headache/Breathing difficult + Burning eyes

Last Name: Burns
DIN: 97A6087  Location: B2201
Date: 8/5/15  Time: ____

**Objective:** 18 Resps 98% RA

Provider Orders:

**Assessment:** Lungs CLR Bilat

**Plan:** Issued Opthanic Eyewash

Signature/Provider # _____  RN Transcribing Order/Provider #/Date/Time  Patty Jhn 1030

BURNS 000682  Continue entry into next box if necessary.

FORM 3105A (7/11)    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

Name: Burns T   DIN: 97A6087   Date of Birth: 2-7-75   Facility Name: SV

---

Subjective: BSC - 10:30
c/o c/o pain + blurry vision ® eye since gas dropped in Ress Hall

Objective: 8/3/15
Nokes back pain & wrist pain
fell in ress Hall - Gait good w limping
134/76  P 76  R 20  T 98

Assessment:

Plan: Referred to clinic provider today - SMC

Signature/Provider #: Sullivan RN/283
Last Name: Burns
DIN: 97A6087   Location: B220
Date: 8.6.15   Time:
Provider Orders:

RN Transcribing Order/Provider #/Date/Time:

---

Subjective: Blurry vision after gas exposure on 8/3/15

Objective: Also c/o LBP after being trampled in melee
BP 150/90  Lungs Clear. NSR. PERLA, EOMI
Mild UE reflexes, mildly tender
across L5-S1 Spine - Lumbo-sacral strain
Motrin 600 TID prn
follow up prn

Assessment:

Plan:

Signature/Provider #:
Last Name: Burns
DIN: 97A6087   Location:
Date: 8·6·15   Time:
Provider Orders:

RN Transcribing Order/Provider #/Date/Time:

---

Subjective: Hep Initial Clearance
HCPA: Beatrice Crockett
⊖ QFT 8/14

Objective: ⊖ HIV 7/11
RPR - ?

Assessment: HC⊖ 7/15/11

Plan:

Signature/Provider #: Carey
Last Name: Burns, Tredd
DIN: 97A6087   Location: F4 183
Date: 8·7·15   Time: 745
Provider Orders:
① Labs updated
Letter/pamphlets sent

RN Transcribing Order/Provider #/Date/Time: Carey

---

BURNS 000681    Continue entry into next box if necessary.

FORM 3105A (7/11)  STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
AMBULATORY HEALTH RECORD PROGRESS NOTE

Name: Burns T  DIN: 97A6087  Date of Birth: 2/17/75  Facility Name: Ox

---

Subjective: BSC 10-30 A
1) c/o occ blurry vision in
   ∅ eff. since 8/3.

Objective: Req OTC.
 & clear issues

Assessment: eyes clear.
 no pain

Plan: Referred to PCP w/ app

Signature/Provider #: Hushwar RN 283

Last Name: Burns
DIN: 97A6087  Location: B2-201
Date: 8/12/15  Time: ___

Provider Orders:
 & artificial tears

---

Subjective: c/o lower back
pain

Objective: Pcd

Assessment: pain management already on
analgesic Bal___

Plan: 

Signature/Provider #: [illegible] 476

Last Name: Burns
DIN: 97A6087  Location: B2-201
Date: 8/17/15  Time: BSC

Provider Orders:

---

Subjective: BSC - 10:10
c/o drainage & discharge
from both eyes when he
wakes up. Mess Hall incident
mw 8/3. OTC's not effective

Assessment: Eyes clean / no drainage noted at this time
Per AU - SMO

Plan: Referred to clinic provider

Signature/Provider #: Hushwar RN 283

Last Name: Burns
DIN: 97A6087  Location: B2-201
Date: 8/20/15  Time: ___

Provider Orders:

---

BURNS 000680   Continue entry into next box if necessary.

FORM 3105A (7/11)  STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

| Name | DIN | Date of Birth | Facility Name |
|------|-----|---------------|---------------|

---

**Subjective:** To be seen by Clinic provider
**Objective:** AOx3 ∅ s/s ∅ distress
**Assessment:** 97.6 - 133/70 - 69 - 16 SpO2 99% RA
**Plan:** Wanting to be seen by MD

Last Name: Burns, T
DIN: 97A6087  Location: E201
Date: 8/20/15  Time: 11A
Provider Orders:

Signature/Provider #: [signature]
RN Transcribing Order/Provider #/Date/Time:

---

**Subjective:** pt of PCP program states since exposure to CS 8-3-15 - eyes irritated still [illegible] tears
**Objective:** O VSS [illegible]
**Assessment:** Eyes PERRLA EOMI fund - di flat Ant chamber clear, ?? mild soft pink to conjunctiva s̄ pus seen
**Plan:** A - p̄ N? conjunctivitis x 2 wks - no allergy
Triple antibiotic opth soln 1 gtt OU 5xD x 7d
f/u= PCP [illegible]

Last Name: Burns, T
DIN: 97A6087  Location: B2-201
Date: 8-20-15  Time: Clinic
Provider Orders:

Signature/Provider #: [signature]/MD
RN Transcribing Order/Provider #/Date/Time:

---

**Subjective:** Patient c/o lower back pain. Patient
**Objective:** Steady gait. Patient able to sit
**Assessment:** [illegible]
**Plan:**

Last Name: BURNS
DIN: 97A6087  Location: B2-201
Date: 8/31/15  Time: BSC
Provider Orders: Tylenol CAP x 1 wks Motrin 600M x 3 days PRN placed on 6/1 A3 see app

Signature/Provider #: [signature]
RN Transcribing Order/Provider #/Date/Time:

BURNS-000079

Continue entry into next box if necessary.

FORM 3105A (7-11)   STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
AMBULATORY HEALTH RECORD PROGRESS NOTE

| Name: Burns, Trevor | DIN: 97A6087 | Date of Birth: | Facility Name: 080 |

**Subjective:** c/o chronic back p- requesting to see [provider] pcp

Last Name: Burns
DIN: 97A6087   Location: B2-201
Date: 9/14/15   Time: BSC 1045

**Objective:**

**Provider Orders:** Ibuprofen #10

**Assessment:**

**Plan:**

Signature/Provider # [illegible] 476

---

**Subjective:** BSC

Last Name: Burns
DIN: 97A6087   Location: B2-201
Date: 9/21/15   Time:

**Objective:** Small - approx 1" oval shaped abrasion @ lower aspect lt knee

**Provider Orders:** OTC's

**Assessment:** appears to be healing well
& exudate - & discoloration

**Plan:** provide cleaning supplies + instructions for correct use

Signature/Provider # [illegible]   RN Transcribing Order/Provider #/Date/Time 9/21/15

---

**Subjective:** BSC 9° c/o v sore throat worse on ® side, o other pain

Last Name: Burns
DIN: 97A6087   Location: B2-201
Date: 9/29/15   Time:

**Objective:** radiating to ® ear. Also has difficulty swallowing

**Provider Orders:**

**Assessment:** Throat very red/raw
T 98.4  P 73/R  R 20

**Plan:** Referred to clinic, Morden lws AL - SMC
[signature] Laughlan RN/283

Signature/Provider #

BURNS 000678   Continue entry into next box if necessary.

| Name | DIN | Date of Birth | Facility Name |
|---|---|---|---|

**Subjective:** Pt c/o sore throat x 2 dys c̄ pn - @ ear & tender neck on palpation, & chills, few [illegible]

Last Name: Burns
DIN: 97A6087
Location: B2-201 Clinic
Date: 9/29/15
Time: 

**Objective:** O: A&Ox3  tp 98.4 - P72, 20.
⊖ HEENT. + @ TM [illegible]

**Assessment:** [illegible] hyperemic = ⊕ tonsillar [illegible] exudate, swollen -

**Plan:** A: OM / Pharyngitis —
B: Amoxicillin 500 tid X10dy
↑ fluids — Tylenol f pain

Signature/Provider # _____ RN Transcribing Order/Provider #/Date/Time _____

---

**Subjective:** Flu BSC c/o LBP new onset IBP, needing renewal

Last Name: Burns, Trevor
DIN: 97A6087
Location: B 2/201
Date: 10/9/15
Time:

**Objective:**

**Assessment:** (1) LBP

**Plan:** (1) renewed Rx
(2) Flu PCP (prn)

Provider Orders:
IBP 600mg 1 TID (prn) #90 Rfx6
ASA EC 81mg 1 QD.

Signature/Provider # 92/0831  RN Transcribing Order/Provider #/Date/Time 10/9/15

---

**Subjective:** c/o ⊕ EYE REDNESS, WHITE MUCOUS.

**Objective:** VISINE X1 GIVEN.

Last Name: Burns
DIN: 97A6087
Location:
Date: 10/19/15
Time: 85L

Provider Orders:

**Assessment:**

**Plan:**

Signature/Provider # R. Mazza RN 344  RN Transcribing Order/Provider #/Date/Time _____

FORM 3I-5A (11)  STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

| Name: BURNS TREVOR | DIN: 97A6087 | Date of Birth: 2/17/75 | Facility Name: 080 |

**Subjective:** BSC - c/o ongoing (L) wrist pain, taking Ibuprofen c/o ordered, F/U PCP - (5md)

**Objective:**

**Assessment:**

**Plan:**

Last Name: Burns
DIN: 97A6087  Location: B2-201
Date: 11/9/15  Time: BSC 9A
Provider Orders:

Signature/Provider #: [signature]   RN Transcribing Order/Provider #/Date/Time

---

**Subjective:** F/u BSC c/o ongoing (Lt) wrist pain, on IBP. Also c/o occas LBP OK w/ IBP used

**Objective:** (Lt) wrist pain after breaking (Lt) HAND @ PE - (Lt) w/ ↑ ROM, d/deformity & s/s infection, limited ROM @ flex'n

**Assessment:** 1) (Lt) wrist pain  2) LBP

**Plan:** 1) shows x-ray present cont.  2) (Lt) wrist/forearm  3) F/u PCP s/p x-ray studies

Last Name: Burns, Trevor
DIN: 97A6087  Location: B2/201
Date: 11/16/15  Time:
Provider Orders: IBP 600mg PO (PRN)

Signature/Provider #: [signature]   RN Transcribing Order/Provider #/Date/Time: 11/16/15

---

**Subjective:** Ipp Clearance
Beatrice Crockett

**Objective:** opt @ N/5/15
⊗ N/s apv

**Assessment:**

**Plan:**

Last Name: Burns
DIN: 97A6087  Location:
Date: 12·12·15  Time:
Provider Orders:

Signature/Provider #: [signature]   RN Transcribing Order/Provider #/Date/Time

BURNS 000676

FORM 3105A (7/11)   STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
AMBULATORY HEALTH RECORD PROGRESS NOTE

| Name | DIN | Date of Birth | Facility Name |
|---|---|---|---|
| BURNS, TREVOR | 97A6087 | 2/17/75 | GHCF |

**Subjective:** BSC
"I have a recurring infection in eyes, both eyes affected."

**Objective:** Minor amt of white exudate noted from Rt eye.

**Assessment:** Pt reports itching + burning of both eyes.
② c/o - acid type indigestion - worse when lying down.

**Plan:**

Last Name: BURNS
DIN: 97A6087    Location: B2-201
Date: 12/18/15   Time: BSC
Provider Orders:

Signature/Provider # _____  RN Transcribing Order/Provider #/Date/Time: 18 Dec 15

---

**Subjective:** -see above-
- pt c few days conjunctivitis

**Objective:** Afeb
Eyes PERRLA, EOM-I, anterior chambers clear
② moist, erythema conjunctivae

**Assessment:** A - P Recurrent Conjunctivitis
- Last Tx'd 5/2015

**Plan:** → F/u PCP / ? eye —

Last Name: _____
DIN: _____  Location: _____
Date: 12/18/15   Time: Clinic
Provider Orders: Triple antibiotic
gtts 1 gtt OU 5x D
x 5 d

D/w PCP - R. Koothara
in 1 week

Signature/Provider # _____ MD   RN Transcribing Order/Provider #/Date/Time

---

**Subjective:** f/u for X ray
X rays done - no result

**Objective:**

**Assessment:**

**Plan:**

Last Name: Burns
DIN: 97A6087   Location: _____
Date: 1/5/16   Time: _____
Provider Orders:

Signature/Provider # T/88   RN Transcribing Order/Provider #/Date/Time

BURNS 000675   Continue entry into next box if necessary.

FORM 3105A (7/11)  STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

| Name: Burns Trevor | DIN: 97A6087 | Date of Birth: 2/17/75 | Facility Name: OCO |

---

**Subjective:** BSC
c/o LBP - "for months"

**Objective:** c/o pain in lt wrist - IM reports having ORIF in 1998 - states pain recently is worse.

**Assessment:**

**Plan:** OTC's + instruction for correct use

Last Name: Burns
DIN: 97A6087  Location: B2-201
Date: 2/11/16  Time: BSC
Provider Orders:
OTC's
PCP appt needed

Signature/Provider #: [illegible]   RN Transcribing Order/Provider #/Date/Time: 11 Feb 16

---

**Subjective:** BSC
c/o "excruciating pain" in back + left wrist.

**Objective:** PCP - new x-rays - forearm.

**Assessment:** Korobkova.

**Plan:** Still awaiting PCP appt call out

Last Name: Burns
DIN: 97A6087  Location: B2-201
Date: 3/18/16  Time:
Provider Orders:

Signature/Provider #: [illegible]   RN Transcribing Order/Provider #/Date/Time: 18MAR16

---

**Subjective:** BSC
① Still awaiting PCP appt re: "pounding migraine H/A's"
(+) photophobia.
② c/o pain in lt wrist.

**Objective:** IM states even when sitting still - pain persists.

**Assessment:**

**Plan:** To see clinic provider  Koroblkova

T° -  P-62  R-16  B/p 110/76
SpO₂

Last Name: Burns
DIN: 97A6087  Location: B2-201
Date: 3/30/16  Time: BSC
Provider Orders:

Signature/Provider #: [illegible]   RN Transcribing Order/Provider #/Date/Time: 30 MAR 16

---

BURNS 000674   Continue entry into next box if necessary.

FORM 3105A (7/11) STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

| Name | DIN | Date of Birth 8/17/75 | Facility Name 080 |

**Subjective:** W=225 H=6.5 41 y.o.
no-smoke, drink, drugs
BP=130/80 lungs
**Objective:** CTA 1,5,7 ≈ 60
last BW - good 5/15
**Assessment:** Pt complaining of
**Plan:** light sens. which is painfull
X-ray back, wrist (L) no acute
process. Not taking BP meds
Opt consult

Last Name: Burns
DIN: 97A6087  Location: ____
Date: 3/31/16  Time: ____
Provider Orders: ECG

Signature/Provider # 188

---

**Subjective:** 97° 147 0 144/70 98%
**Objective:** [illegible]
**Assessment:** [illegible]
**Plan:** [illegible]

Last Name: Burns, T
DIN: 97A6087  Location: B2-201
Date: 4/26/16  Time: BSC
Provider Orders: ↑Fluids
Chloro[?]
x3 days

Signature/Provider # [illegible] 476

---

**Subjective:** 
**Objective:** Nasal congest
c/o diff breathing
Resp easy + unlabored
**Assessment:** lungs clear noted
VS 97.6 16 62 130/84 98%
chest symetrical
**Plan:** no signs of distress

Last Name: Barnes
DIN: 97A6087  Location: ____
Date: 6/8/16  Time: BSC
Provider Orders: ↑Fluids
Chloro[?] #10
Nasal Spray
F/U c PCP
R/o Seasonal

Signature/Provider # [illegible] 476

BURNS-000673
Continue entry into next box if necessary.

FORM 3105A (7/11)   STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
AMBULATORY HEALTH RECORD PROGRESS NOTE

Name: Burns, Trevor   DIN: 97A6087   Date of Birth: 2/7/75   Facility Name:

---

Subjective: Medically cleared to
Objective: Walk event on 6/25/16

Last Name: Burns, Trevor
DIN: 97A6087   Location:
Date: 6/24/16   Time: 12pm
Provider Orders:

Assessment:

Plan:

Signature/Provider #: _____   RN Transcribing Order/Provider #/Date/Time: [signature]

---

Subjective: 35 y/o c/o allergies, breathing hard, cough x 2 wks, 40-y.o. male
V/S - Wt 225 lbs, Ht 6'-5", pulse 74/min, SpO2 98%, RA, BP 130/70

Objective: GEN - c/o cough, breathing hard
SKIN - rash, groin
Lungs - CTA BIL; CVS - S1 S2 WNL

Assessment:
- Allergies / URI
- T. Cruris

Plan: Barbershop permit given
Needs physical.   F/u with PCP

Last Name: Burns, Trevor
DIN: 97A6087   Location: B2-201
Date: 6/28/16   Time:
Provider Orders:
- Saline spray (OTC) 2 ml pr TID prn
- Tolnaftate Antifungal (OTC) Powder apply BID

Signature/Provider #: ___/169   RN Transcribing Order/Provider #/Date/Time: 6/28/16

---

Subjective: ① c/o sore throat - c/o difficulty to swallow. Onset approx 1 wk.

Objective: Neck soft, Ø adenopathy, ⊕ pressure to ear
Assessment: 95% P-72 120/70
Risk at Int.

Plan: Flu clinic for 10 day   clinic prn fevers

Last Name: Burns
DIN: 97A6087   Location: B148
Date: 7/26/15   Time: BSC
Provider Orders:

Signature/Provider #: [signature]   RN Transcribing Order/Provider #/Date/Time:

BURNS 000672   Continue entry into next box if necessary.

FORM 3105A (7/11)    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

| Name | DIN | Date of Birth | Facility Name |
|---|---|---|---|
| Burns, Trevor | 97A6087 | 2/17/75 | 080 |

**Subjective:** c/o sore throat x 1 wk
No c/o fever or cough
VLS: BP 120/70, P 72/min
Afebrile

**Objective:** GEN - no sore throat
Mouth - congested pharynx, no exudates
Neck - no enlarged LN

**Assessment:** A. Pharyngitis

**Plan:**
- warm saline water gargling
- T/p prn
- Augmentin 875mg 1 PO q 12° for 10d
- Ibuprofen 600mg 1 PO prn flu & PCP if no improvement

Signature/Provider # CHC #189   RN Transcribing Order/Provider #/Date/Time 7/26/16

Last Name Burns
DIN 97A6087   Location B4/148 B4-48
Date 7/26/16   Time BSC

**Provider Orders:**
- Augmentin 875mg 1 PO q 12° x 10d
- Ibuprofen 600mg 1 PO TID PRN x fever

---

**Subjective:** patient wants STD clearance

**Objective:** STD tests

**Assessment:**

**Plan:**

Signature/Provider # [signature]   RN Transcribing Order/Provider #/Date/Time

Last Name Burns
DIN 97A6087   Location
Date 9/12/16   Time

**Provider Orders:**
HIV oral quick
RPR, Hep B Panel
Herpes I + II serology

---

**Subjective:**

**Objective:** No Show
Pts 2 reschedule
Visit

**Assessment:**

**Plan:**

Signature/Provider # [signature]   RN Transcribing Order/Provider #/Date/Time

Last Name Burns
DIN 97A6087   Location
Date 10/17/16   Time

**Provider Orders:**

BURNS-000671

Continue entry into next box if necessary.

# State of New York
## Department of Corrections and Community Supervision
### Sick Call Visit/Ambulatory Health Record Progress Note

**Name:** Burns **DIN:** 97A6087 **Date of Birth:** 2/17/75 **Facility:** ORK 4C5

**Triage Information** (to be completed by Triage Nurse) **Date of Sick Call Request Form:** 9/12/16
**Date Received by RN:** 9/12/16 **RN Triage Note:** BSC c/o [illegible]

**Inmate to be seen/date:** 9/12/16 ☐ Dental request forwarded to Dentist
**RN Signature:** G Bawdwh **Date/Time:** ___

### Sick Call Visit Note:

**Subjective:** 1) c/o (L) wrist pain –
2) c/o low back pain, chronic condition.

**Objective:** Hx of fall.
3) Rec'd Blood work & STD's (syphilis/Gon.
Steady gait. Herpes, etc)

**Vital Signs:**
| Temp | |
| Pulse | 83 |
| Resp | 18 |
| BP | 114/74 |
| O2 Sat | 94 |

**Assessment:** Musculatr, chronic pain
Hits note 600g B.i.d.

**Plan:** Trial of OTC, F/U

**Provider Orders:** Chart to AKLinS

**Nurse/Provider Signature:** [illegible] **Date:** 9/12/16 **Time:** 1020 A
**RN Transcribing Order/Provider#:** ___ **Date:** ___ **Time:** ___

---

**Subjective:**

**Objective:**

**Assessment:**

**Plan:**

**Last Name:** ___
**DIN:** ___ **Location:** ___
**Date:** ___ **Time:** ___
**Provider Orders:**

**Signature/Provider#:** ___ **Date:** ___ **Time:** ___
**RN Transcribing Order/Provider#:** BURNS-000670 **Date:** ___ **Time:** ___

Form # 3161 (05/16)  File: AHR Tab

# State of New York
## Department of Corrections and Community Supervision
### Sick Call Visit/Ambulatory Health Record Progress Note

Name: Burns  DIN: 97A6087  Date of Birth: _____  Facility: OSU

**Triage Information** *(to be completed by Triage Nurse)* Date of Sick Call Request Form: 9/21/16
Date Received by RN: 9/21/16  RN Triage Note: pain in wrist & eye

Inmate to be seen/date: 9/21/16  ☐ Dental request forwarded to Dentist
RN Signature: [signature]  Date/Time: 9/21/16 2A

**Sick Call Visit Note:**

Subjective: ① F/u eye glasses. I/m shows receipt for $50.00 8/19/16 (taken out) clinic to eye glass clinic.

Objective:

| Vital Signs | |
|---|---|
| Temp | |
| Pulse | |
| Resp | |
| BP | |
| O2 Sat | |

Assessment: BAlmx1v

Plan:

Provider Orders:

Nurse/Provider Signature: [signature]  Date: 9/21/16  Time: 1035A

RN Transcribing Order/Provider#: _____ Date: _____ Time: _____

---

Subjective:

Objective:

Assessment:

Plan:

Last Name: _____
DIN: _____ Location: _____
Date: _____ Time: _____
Provider Orders:

Signature/Provider#: _____ Date: _____ Time: _____
RN Transcribing Order/Provider#: BURNS-000669  Date: _____ Time: _____

Form # 3161 (05/16)  File: AHR Tab