```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TREVOR BURNS,
                            Plaintiff,
v.                                                                    **ORDER**

MICHAEL T. NAGY,                                                      16 CV 782 (VB)
                            Defendant.
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/18

As discussed at a conference held today and attended by counsel for both parties, it is HEREBY ORDERED:

1. By October 18, 2018, the parties shall submit a joint letter regarding whether (i) the parties consent to refer this case to Magistrate Judge Paul E. Davison for all further proceedings and (ii) the Court should reopen discovery to allow for limited expert discovery.

2. If the parties consent to a referral to the magistrate judge, they shall complete and submit the attached Notice, Consent and Reference of a Civil Action form for Judge Briccetti's approval.

3. If the parties desire to reopen discovery, they shall submit a joint proposed discovery schedule with their October 18, 2018, joint letter.

4. By January 31, 2019, the parties shall submit a Joint Pretrial Order, in accordance with paragraph 3.A of the Court's Individual Practices.

5. By February 25, 2019, the parties shall file any motions in limine; any oppositions to such pretrial submissions are due March 4, 2019. No reply papers shall be submitted.

6. By March 11, 2019, the parties shall submit all other pretrial submissions, including proposed voir dire questions; requests to charge; and verdict forms. (See the Court's Individual Practices, section 3, "Pretrial Procedures").

1

7. Plaintiff's counsel shall prepare an appropriate writ sufficiently in advance to assure plaintiff's appearance at trial.

8. A final pre-trial conference is scheduled for March 18, 2019, at 2:30 p.m.

9. Jury selection and trial are scheduled to begin on March 25, 2019, at 9:30 a.m., absent further Court order.

Dated: October 4, 2018
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

_____
*Plaintiff*
v.
_____
*Defendant*

) 
) 
) Civil Action No. 
) 
)

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____      _____
*District Judge's signature*

_____
*Printed name and title*

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.