

Brookfield Place, 200 Vesey Street, 20th Floor
New York, NY 10281
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Ira G. Greenberg
Direct Telephone: 212-912-2756
Direct Fax: 888-325-9157
ira.greenberg@lockelord.com

October 16, 2018

Hon. Vincent L. Briccetti
United States District Judge
300 Quarropas Street
White Plains, NY 10601

                Re:    Burns v. Nagy, No. 16 Civ. 782 (VB)

Dear Judge Briccetti:

The parties jointly submit this letter pursuant to paragraph 1 of your order of October 4, 2018 (Dkt. No. 93).

One or more of the parties do not consent to having Magistrate Judge Paul E. Davison preside over this action. Neither party wishes to reopen discovery.

                              Respectfully,

                              Ira G. Greenberg

cc:    Julinda Dawkins, Esq. (via ECF)
        Colleen Faherty, Esq. (via ECF)
        Kacie Lally, Esq. (via ECF)

AM 70106733.1

Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles
Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach