

**Corrections and Community Supervision**

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

March 13, 2019

Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Burns v. Griffin*, 16-CV-0782 (VB)(PED)

> Clerk shall change Doc.#140 to parties' view only and docket this letter.
>
> SO ORDERED:
> _____ 3/18/19
> Hon. Vincent L. Briccetti
> United States District Judge

Dear Judge Briccetti:

On March 6, 2019 we wrote to the Court to advise on the unavailability of OSI Investigator Frank Bigit for trial. At your direction the letter has been entered into the Docket. We are grateful for your consideration.

However, the letter contains specific medical information of Investigator Bigit. While he has given DOCCS' Counsel permission to share such information confidentially with the Court, and for the parties to be apprised, he has not consented to have such on the public Docket. We respectfully ask that the Docket be amended to allow parties' viewing only.

Thank you again for your attention to this matter.

Respectfully,

Charles J. Quackenbush
Deputy Counsel
New York State Department of Corrections and
Community Supervision
charles.quackenbush@doccs.ny.gov
518-457-5652

cjq/40